# EXHIBIT A

KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
ETHAN A. BALOGH - #172224
DANIEL PURCELL - #191424
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH,<br><br>　　　　　　　Defendants. | Case No. C 04-00574 CW<br><br>**PLAINTIFF JOHN TENNISON'S INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS**<br><br>Fed. R. Civ. P. 26(a)(1); Civil L.R. 16-5 |

Pursuant to Federal Rule of Civil Procedure 26 and Civil Local Rule 16-5 of this Court, plaintiff John Tennison ("Tennison") hereby makes this initial disclosure.

## GENERAL QUALIFICATIONS

Tennison's investigation into the facts of this case is ongoing. This disclosure provides information that is currently known and available to Tennison after a good-faith inquiry and investigation. By identifying potential witnesses in this initial disclosure, Tennison makes no representation or admission concerning the knowledge or competence of any individual identified. Likewise, by identifying documents or categories of documents in this initial disclosure, Tennison makes no representation or admission concerning the documents' relevance to this case.

Tennison reserves the right to supplement or amend this initial disclosure as additional information becomes available.

## INITIAL DISCLOSURE

A.   **RULE 26(a)(1)(A): WITNESSES**

Tennison hereby discloses the following names and contact information for individuals who may have discoverable information regarding material facts relevant to this claims in this action:

1. **John Tennison**
   525 N. San Mateo Drive
   Apartment 303
   San Mateo, CA  94401
   (650) 548-1558

Tennison is the plaintiff in this case, and possesses information about his investigation, arrest, and prosecution for the homicide of Roderick Shannon.

2. **Prentice Earl Sanders**
   129 Teceira Way
   Folsom, CA  95630

Sanders was one of the lead investigating officers supervising the San Francisco Police Department Gang Task Force generally and the SFPD investigation into the homicide of Roderick Shannon specifically. Tennison believes that Sanders possesses information regarding Shannon's murder and the police investigation into that murder, including contact with purported

eyewitnesses to the murder and the handling and disclosure to defense counsel of evidence related to the murder, as well as the formation, operation, and supervision by San Francisco City and County officials of the Gang Task Force.

3.  **Napoleon Hendrix**
    13265 Claire Pointe Way
    Oakland, CA  94619

Hendrix was one of the lead investigating officers supervising the San Francisco Police Department Gang Task Force generally and the SFPD investigation into the homicide of Roderick Shannon specifically. Tennison believes that Hendrix possesses information regarding Shannon's murder and the police investigation into that murder, including contact with purported eyewitnesses to the murder and the handling and disclosure to defense counsel of evidence related to the murder, as well as the formation, operation, and supervision by San Francisco City and County officials of the Gang Task Force.

4.  **George Butterworth**
    Hall of Justice
    880 Bryant Street, Room 325
    San Francisco, CA  94103
    (415) 553-1752

Butterworth prosecuted Tennison for the murder of Roderick Shannon. Tennison believes that Butterworth possesses information regarding that murder and the police investigation into that murder, including contact with purported eyewitnesses to the murder and the handling and disclosure to defense counsel of evidence related to the murder.

5.  **Chante Smith**
    Current address unknown
    (925) 432-9511

Smith was an eyewitness to Lovinsky Ricard's murder of Roderick Shannon. Tennison believes that Smith possesses information regarding Shannon's murder and the police investigation into that murder.

6.  **Luther Blue**
    Current address unknown

Blue was an eyewitness to Lovinsky Ricard's murder of Roderick Shannon. Tennison believes that Blue possesses information regarding Shannon's murder and the police

investigation into that murder.

    7.    **Masina Fauolo**
           Current address unknown

Fauolo testified for the prosecution at Tennison's trial. Tennison believes that Fauolo possesses information regarding the police investigation of the murder of Roderick Shannon, including her numerous direct contacts with Hendrix, Sanders, and Butterworth; and her telephone conversation with Pauline Maluina following the polygraph examination of Maluina.

    8.    **Pauline Maluina**
           2975 Laning Road
           San Diego, CA 92106

Maluina testified for the prosecution at Tennison's preliminary hearing and trial. She twice recanted her testimony, once prior to the preliminary hearing and once after Tennison's conviction. Tennison believes that Maluina possesses information regarding the police investigation of the murder of Roderick Shannon, including her direct contacts with Hendrix, Sanders, and Butterworth; her recantation of her alleged eyewitness testimony prior to Tennison's preliminary hearing; her polygraph examination; and her telephone conversation with Fauolo following her polygraph examination.

    9.    **Lovinsky Ricard**
           Current address unknown[1]

Ricard confessed on tape to police that he, and not Tennison, killed Roderick Shannon. Tennison believes that Ricard possesses information regarding Shannon's murder and the police investigation into that murder, including his direct contacts with Hendrix and other police officers; and his interview with Tennison's trial counsel, Jeff Adachi.

    10.    **Michael Lewis**
            San Francisco Police Department
            850 Bryant Street
            San Francisco, CA 94103
            (415) 553-1551

---

[1] Ricard's address and telephone number are unknown to Tennison, but Tennison is informed and on that basis believes that Michael P. Farrell, Esq., Office of the Attorney General of the State of California, P.O. Box 944255, Sacramento, CA 94244, 916-324-5246, may have information regarding Ricard.

Lewis was one of two police officers assisting Hendrix and Sanders in the SFPD's investigation into the murder of Roderick Shannon. Tennison believes that Lewis possesses information regarding Shannon's murder and the police investigation into that murder, including contact with purported eyewitnesses to the murder and the handling and disclosure to defense counsel of evidence related to the murder, as well as the formation, operation, and supervision by San Francisco City and County officials of the Gang Task Force.

11. **Neville Gittens**
San Francisco Police Department
850 Bryant Street
San Francisco, CA 94103
(415) 553-1551

Gittens was one of two police officers assisting Hendrix and Sanders in the SFPD's investigation into the murder of Roderick Shannon. Tennison believes that Gittens possesses information regarding Shannon's murder and the police investigation into that murder, including contact with purported eyewitnesses to the murder and the handling and disclosure to defense counsel of evidence related to the murder, as well as the formation, operation, and supervision by San Francisco City and County officials of the Gang Task Force.

13. **Jeffrey Adachi**
San Francisco Office of the Public Defender
555 Seventh Street
San Francisco, CA 94103
(415) 553-1671

Adachi was Tennison's trial counsel. Tennison believes that Adachi possesses information regarding Tennison's prosecution for the murder of Roderick Shannon, including the evidence disclosed to defense counsel by the prosecution.

14. **Gerald J. McCarthy**
109 Bahama Reef
Novato, CA  94949
(415) 382-0871

Tennison believes that McCarthy possesses information regarding the homicide of Roderick Shannon and the police investigation into that homicide, including Hendrix's and Sanders's request of funds from the San Francisco Police Department's Secret Witness Program.

///

15. **Lerma Pattugalan**
    2158 Kinclair Drive
    Pasadena, CA 91107

Pattugalan testified for the prosecution at Tennison's trial. Tennison believes that Pattugalan possesses information regarding the police investigation of the homicide of Roderick Shannon, including her direct contacts with Hendrix, Sanders, and Butterworth.

16. **Antoine Goff**
    c/o Randolph E. Daar, Esq.
    506 Broadway Street
    San Francisco, CA 94133
    (415) 986-5591

Goff was Tennison's co-defendant. Tennison believes that Goff possesses information about Goff's investigation, arrest, and prosecution for the homicide of Roderick Shannon.

17. **Barry Melton**
    Public Defender of Yolo County
    814 North Street
    Woodland, CA 95695
    (530) 666-8165

Melton served as trial counsel for Goff, Tennison's co-defendant. Tennison believes that Melton possesses information regarding Tennison's prosecution for the murder of Roderick Shannon, including the evidence disclosed to defense counsel by the prosecution.

**B.   RULE 26(a)(1)(B): DOCUMENTS**

Subject to and without waiving the General Qualification listed above, Tennison is in possession of the following categories of documents which may tend to support his claims in this action:

1. Portions of the case file of the San Francisco Office of the District Attorney in the *People v. Tennison* case:

    a.   Notes, memoranda, audiotapes, transcripts, and videotapes concerning witness interviews;

    b.   Photographs of witnesses and physical evidence;

    c.   Transcripts of hearings;

    d.   Pleadings filed in the Superior Court and Juvenile Court;

    e.   Notes and memoranda; and

wrongful conviction and imprisonment for nearly 14 years.

Tennison's damages, which include, but are not limited to, lost earnings, damages for false imprisonment and the resulting psychological harm therefrom, and punitive damages, will be the subject of expert testimony, which will be made available to defendants at the appropriate time designated by the Court.

**D.   RULE 26(a)(1)(D): INSURANCE**

Not applicable.

Dated: June 9, 2004

KEKER & VAN NEST, LLP

By: _____
DANIEL PURCELL
Attorneys for Plaintiff
JOHN TENNISON

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On June 9, 2004, I served the following document(s):

**PLAINTIFF JOHN TENNISON'S INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS**

X   by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Worldwide Network, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | |
|---|---|
| James A. Quadra, Esq.<br>Lisa-Anne M. Wong, Esq.<br>Moscone, Emblidge & Quadra, LLP<br>180 Montgomery Street, Suite 1240<br>San Francisco, CA 94104 | Evan H. Ackiron<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 |
| Attorneys for Defendants<br>Prentice Earl Sanders and Napoleon Hendrix | Attorneys for Defendants<br>George Butterworth and<br>The City and County of San Francisco |

Executed on June 9, 2004, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Joanne Winars*
JOANNE WINARS

328041.01

PROOF OF SERVICE
CASE NO. C 04-00574 CW