JAMES A. QUADRA, California State Bar # 131084
LISA-ANNE WONG, California State Bar # 163729
ROBERT SANFORD, California State Bar # 129790
MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-7332

Attorneys for Defendants PRENTICE EARL
SANDERS and NAPOLEON HENDRIX

CHARLES A. BONNER, State Bar # 85413
LAW OFFICE OF CHARLES A. BONNER
180 Harbor Drive, No. 227
Sausalito, California 94965
Telephone:    (415) 331-3070
Facsimile:    (415) 331-2738

Attorney for Defendants
PRENTICE EARL SANDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>    Defendants.<br><br>ANTOINE GOFF,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.<br><br>    Defendants. | Case No. C04-0574 CW<br><br>**EXHIBIT E: MOTION FOR NEW TRIAL** |

1

Case No. C-04-0574 CW

**MANUAL FILING NOTIFICATION**

Regarding: <u>EXHIBIT E to the DECLARATION OF LISA-ANNE M. WONG IN SUPPORT OF SANDERS' AND HENDRIX'S MOTIONS FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF JOHN TENNISON'S AND ANTOINE GOFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, a diskette containing this exhibit will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED:  June 3, 2005                                 Respectfully Submitted,

                                                         _____/s/_____
                                                         James A. Quadra
                                                         Attorney for Defendants Prentice Earl
                                                         Sanders and Napoleon Hendrix