**EXHIBIT Y**

S. F. Muni Ct.
Register No. 255-91F

# WARRANT OF ARREST

IN THE MUNICIPAL COURT
IN THE
CITY AND COUNTY OF SAN FRANCISCO
STATE OF CALIFORNIA

372840

The People of the State of California to any peace officer of this State:

COMPLAINT upon oath having this day been laid before me that the offense of **felony, to wit:**

Violating Sec. **187 and 182.1 of the Penal Code** .................................................... has been committed and

accusing ........ **JOHN J. TENNISON** ........................................................................

thereof, you are therefore commanded forthwith to arrest the above named defendant and bring same before the Municipal Court in the City and County of San Francisco, State of California, at the Hall of Justice, San Francisco, California.

The defendant is to be admitted to bail in the sum of $ **250,000 —**

This warrant may be served day or night.

Witness my hand and the seal of said court........ **May 25** ........................................., 19**90**

........................................................................
Judge of the Municipal Court in the City and County of San Francisco.

---

WHEN BAIL DEPOSITED INSTRUCT DEFENDANT APPEAR 9:30 A.M., ROOM 201 HALL OF JUSTICE, SAN FRANCISCO, ON

_____, 19____
(Within 10 days after admittance to bail.)

---

RETURN THIS WARRANT WITH BAIL DEPOSIT TO CLERK, MUNICIPAL COURT, ROOM 201 HALL OF JUSTICE, SAN FRANCISCO.

SFPD 00334

# IDENTIFICATION MEMO

MUNI COURT No. 255915
DATE ISSUED 5-23-90

| DEFENDANT'S NAME | FIRST | INITIAL | RESIDENCE ADDRESS |
|---|---|---|---|
| WINSON | JOHN | J. | 1711 OAKDALE, S.F. |

| SEX | RACE | PLACE OF BIRTH | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR |
|---|---|---|---|---|---|---|
| M | N | | 11/06/71 | 6'1 | 250 | BR |

| CII NUMBER | FBI NUMBER | SFPD NUMBER | AKA IF ANY |
|---|---|---|---|

SCARS & MARKS:

| SS NUMBER | DRIVER'S LICENSE NO. | STATE | YR. LIC. EXPIRES | OFFENSE FOR WHICH WARRANT | NCIC INPUT | NA |
|---|---|---|---|---|---|---|
| | | | | 187 PC, 12021 P | | |

| DATE OF WARRANT | WARRANT NUMBER | SFPD CASE NUMBER | MAKE OF VEH. | VEHICLE LICENSE NO. | DOJ INPUT STATE | STATE |
|---|---|---|---|---|---|---|
| 5/23/90 | | 891-092-371 | | | | |

| DETAIL | INSPECTORS NAME |
|---|---|
| HOMICIDE | HENDRIX |

| STOLEN ITEM | WEAPON | ☐ GUN | ☐ KNIFE | ☐ ON PERSON | ☐ IN CAR | ☐ BODILY HARM | ☐ FORCE/FE | RES. F |
|---|---|---|---|---|---|---|---|---|

COMPLAINANT FULL NAME

RESIDENCE ADDRESS | BUSINESS ADDRESS

## DISTRICT ATTORNEY'S USE ONLY

SUGGESTED BAIL $250,000 OC

REASON & FACTS:

DEFENDANT TENNISON PARTICIPATED IN A GANG-RELATED HOMICIDE - THE VICTIM WAS CHASED, BEATEN AND THEN EXECUTED WITH A SHOTGUN. THE VICTIM WAS 16 Y[...]

5/23/90
DATE    (MAKE IN TRIPLICATE)

SFPD 00335

S.F. Muni Ct. Register No. 25361 F

# WARRANT OF ARREST

## 370397

IN THE MUNICIPAL COURT
IN THE
CITY AND COUNTY OF SAN FRANCISCO
STATE OF CALIFORNIA

The People of the State of California to any peace officer of this State:

COMPLAINT upon oath having this day been laid before me that the offense of felony, to wit:

Violating Sec. 187, 182.1 and 12021 of the California Penal Code has been committed and accusing ANTON M. GOFF

thereof, you are therefore commanded forthwith to arrest the above named defendant and bring same before the Municipal Court in the City and County of San Francisco, State of California, at the Hall of Justice, San Francisco, California.

The defendant is to be admitted to bail in the sum of $ 500,000.00

This warrant may be served at night.

Witness my hand and the seal of said Court 4/6, 19 93

_____
Judge of the Municipal Court in the City and County of San Francisco.

RETURN THIS WARRANT WITH BAIL DEPOSIT TO CLERK, MUNICIPAL COURT, ROOM 201 HALL OF JUSTICE, SAN FRANCISCO.

WHEN BAIL DEPOSITED INSTRUCT DEFENDANT APPEAR 9:30 A.M., ROOM 201 HALL OF JUSTICE, SAN FRANCISCO, ON _____, 19 ____
(Within 10 days after admittance to bail.)

# IDENTIFICATION MEMO

MUNI COURT NO.  
DATE ISSUED: 11/28/99

| (PRINT) DEFENDANT'S NAME LAST | FIRST | INITIAL | RESIDENCE ADDRESS |
|---|---|---|---|
| Goff, | Anton | | "10 Reuel Ct. |

| SEX | RACE | PLACE OF BIRTH | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| M | N | | 05/20/69 | 5'7 | 160 | Blk | Br |

| CII NUMBER | FBI NUMBER | SFPD NUMBER | AKA IF ANY |
|---|---|---|---|
| (redacted) | | (redacted) | "SODA POP" |

SCARS & MARKS:

| SS NUMBER | DRIVER'S LICENSE NO. | STATE | YR. LIC. EXPIRES | OFFENSE FOR WHICH WARRANT ISSUED |
|---|---|---|---|---|
| (redacted) | | | | 187 PC (Murder), 182 PC (Conspiracy), 12021 P.C. |

| DATE OF WARRANT | WARRANT NUMBER | SFPD CASE NUMBER | MAKE OF VEH. | VEHICLE LICENSE NO. | DOJ INPUT | NCIC INPUT |
|---|---|---|---|---|---|---|
| 11/28/89 | 370397 | 891 092 371 | | | ☐ STATE | ☐ STATE NATIONAL |

| DETAIL | INSPECTORS NAME |
|---|---|
| Homicide | Hendrix/Sanders |

WEAPON: ☐ GUN  ☐ KNIFE  ☐ ON PERSON  ☐ IN CAR  ☐ BODILY HARM  ☐ FORCE/FEAR

STOLEN ITEM:

| COMPLAINANT FULL NAME | BUSINESS ADDRESS | RES. PHONE |
|---|---|---|
| Roderick Shannon (DECEASED) | | |

RESIDENCE ADDRESS:

## DISTRICT ATTORNEY'S USE ONLY

SUGGESTED BAIL: $500,000

REASON & FACTS:
On 08/19/89 Anton Goff shot and killed Roderick Shannon after he was beaten down by other persons from Hunters Point. Witnesses have given statements that Goff fired the shot that killed Shannon.

DATE: 11/28/89

(signature) ASSISTANT DISTRICT ATTORNEY

( MAKE IN TRIPLICATE )                                   SFPD-227 ( 5-71 )

# IDENTIFICATION MEMO

MUNI COURT NO. _____
DATE ISSUED: 11/28/89  4/6/90

| (PRINT) DEFENDANT'S NAME | | | RESIDENCE ADDRESS |
|---|---|---|---|
| LAST: Goff, Anton | FIRST | INITIAL | #10 Reuel Ct. |

| SEX | RACE | PLACE OF BIRTH | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| M | N | | 05/20/69 | 5'7 | 160 | Blk | Br |

| CII NUMBER | FBI NUMBER | SFPD NUMBER | AKA IF ANY |
|---|---|---|---|
| [illegible] | | [illegible] | "SODA POP" |

SCARS & MARKS:

| SS NUMBER | DRIVER'S LICENSE NO. | STATE | YR. LIC. EXPIRES | OFFENSE FOR WHICH WARRANT ISSUED |
|---|---|---|---|---|
| [illegible] | | | | 187 PC (Murder) N2 P2 Consp(F w/weapon) 12021 (F w/weapon) |

| WARRANT NUMBER | SFPD CASE NUMBER | | DOJ INPUT | NCIC INPUT | |
|---|---|---|---|---|---|
| 370397 | 891 092 371 | | ☐ STATE | ☐ NATIONAL | |

| DATE OF WARRANT | INSPECTORS NAME | MAKE OF VEH. | VEHICLE LICENSE NO. | STATE |
|---|---|---|---|---|
| 11/28/89 | Hendrix/Sanders | | | |

DETAIL: Homicide

| STOLEN ITEM | WEAPON | | | | | |
|---|---|---|---|---|---|---|
| | ☐ GUN | ☐ KNIFE | ☐ ON PERSON | ☐ IN CAR | ☐ BODILY HARM | ☐ FORCE/FEAR |

| COMPLAINANT FULL NAME | BUSINESS ADDRESS | RES. PHONE |
|---|---|---|
| Roderick Shannon (DECEASED) | | |

RESIDENCE ADDRESS

## DISTRICT ATTORNEY'S USE ONLY

SUGGESTED BAIL: $500,000

REASON & FACTS:
On 08/19/89 Anton Goff shot and killed Roderick Shannon after he was beaten down by other persons from Hunters Point. Witnesses have given statements that Goff fired the shot that killed Shannon.

DATE: 11/28/89

ASSISTANT DISTRICT ATTORNEY [signature]

SFPD-227 (5-71)  ( MAKE IN TRIPLICATE )

SFPD 00160

Hom?

**WARRANT OF ARREST**

S. F. Muni Ct. Register No. 25361F

IN THE MUNICIPAL COURT
IN THE
CITY AND COUNTY OF SAN FRANCISCO
STATE OF CALIFORNIA

370397

0999

The People of the State of California to any peace officer of this State:

COMPLAINT upon oath having this day been laid before me that the offense of **felony, to wit:**

Violating Sec. 187, 182.1 and 12021 of the California Penal Code has been committed and

accusing ANTON M. GOFF

thereof, you are therefore commanded forthwith to arrest the above named defendant and bring same before the Municipal Court in the City and County of San Francisco, State of California, at the Hall of Justice, San Francisco, California.

*The defendant is to be admitted to bail in the sum of* $ 500,000.00 /b

This warrant may be served __ or night.

Witness my hand ___ __ __ __ ___ 4/6 , 19 90.

SERVED   RECALLED

WITHIN THE ___ Lee D. Baxter ___
ge of the Municipal Court in the City and County of San Francisco.

DATE: 4-6-90
OFFICER: LEWIS
STAR: 540   UNIT: 1N32
BOOKED AT: CJ-1   BAILED:
SENT TO DETAIL: Homicide
CWB MEMBER: [signature]

155 BLK E
IDE FELON
REF/44054

SFPD-155

RETURN THIS WARRANT WITH BAIL DEPOSIT TO CLERK, MUNICIPAL COURT, ROOM 201 HALL OF JUSTICE, SAN FRANCISCO.

SFPD 00175