1  JAMES A. QUADRA, California State Bar # 131084
   LISA-ANNE WONG, California State Bar # 163729
2  ROBERT SANFORD, California State Bar # 129790
   MOSCONE, EMBLIDGE & QUADRA, LLP
3  180 Montgomery Street, Suite 1240
   San Francisco, California 94104
4  Telephone:    (415) 362-3599
   Facsimile:    (415) 362-7332

5  Attorneys for Defendants PRENTICE EARL
   SANDERS and NAPOLEON HENDRIX
6
7  CHARLES A. BONNER, State Bar # 85413
   LAW OFFICE OF CHARLES A. BONNER
8  180 Harbor Drive, No. 227
   Sausalito, California 94965
9  Telephone:    (415) 331-3070
   Facsimile:    (415) 331-2738

10 Attorney for Defendants
   PRENTICE EARL SANDERS
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>　　　　Defendants. | Case No. C04-0574 CW<br><br>**EXHIBIT MM: ANTOINE GOFF PRELIMINARY HEARING** |
| ANTOINE GOFF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.<br><br>　　　　Defendants. | |

# MANUAL FILING NOTIFICATION

Regarding: <u>EXHIBIT MM to the DECLARATION OF LISA-ANNE M. WONG IN SUPPORT OF SANDERS' AND HENDRIX'S MOTIONS FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF JOHN TENNISON'S AND ANTOINE GOFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, a diskette containing this exhibit will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: June 3, 2005          Respectfully Submitted,

                                      /s/
                             _____
                             James A. Quadra
                             Attorney for Defendants Prentice Earl
                             Sanders and Napoleon Hendrix

Case No. C-04-0574 CW

1