UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN TENNISON,

        Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, *et al.*,

        Defendants.
_____/

No. C-04-0574 CW (EMC)

**ORDER RE HEARING ON PLAINTIFF'S LETTER OF JUNE 8, 2005 (Docket No. 219)**

    Plaintiff John Tennison has filed a letter with the Court, dated June 8, 2005, discussing a discovery dispute with the City regarding the deposition of San Francisco police officer Joseph Toomey. *See* Docket No. 219. The Court hereby orders that the City file a letter brief in response by 9:00 a.m. on June 10, 2005. A courtesy copy of the letter should be faxed to the Court by 9:00 a.m. at (415) 522-4200. The Court shall hold a hearing on the discovery dispute at 1:00 p.m. on June 10, 2005.

    IT IS SO ORDERED.

Dated: June 9, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge