1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | EVAN H. ACKIRON, State Bar #164628
SCOTT D. WIENER, State Bar #189266
4 | SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
5 | Fox Plaza
1390 Market Street, 6TH Floor
6 | San Francisco, California 94102-5408
Telephone:   (415) 554-3856
7 | Facsimile:   (415) 554-3837

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
9 | AND GEORGE BUTTERWORTH

FILED

JUN 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>　　　　Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING SCHEDULE FOR MONELL-BASED SUMMARY JUDGMENT MOTIONS** |

*Tennison v. CCSF, et al.*
Case No. C04-0574

1

N:\LIT\LI2004\041165\00313853.DOC

**RECITAL**

The Court's current case management schedule sets a briefing schedule that does not distinguish between summary judgment motions based on fact discovery and summary judgment motions based on *Monell* discovery, even though *Monell* discovery is set to close approximately six weeks after fact discovery. This stipulation harmonizes the discovery and summary judgment briefing schedules by permitting summary judgment motions based on *Monell* to be filed approximately six weeks after the individual liability and immunity-based motions. The parties request that the Court adopt this stipulation as an order.

**STIPULATION**

The parties stipulate to the following modified case management deadlines:

| | |
|---|---|
| Hearing on *Monell*-based motion(s) for summary judgment | September 2, 2005 |
| Opening brief due | July 22, 2005 |
| Opposition brief due | August 5, 2005 |
| Reply brief, if any, due | August 12, 2005. |

The parties further stipulate that they will not seek a stay of any *Monell*-based motion in the event that the summary judgment motions scheduled to be heard on July 15, 2005, are decided and appealed before any *Monell*-based motion is heard on September 2, 2005, and decided. Instead, in the interests of economy, the parties stipulate that they will endeavor to ensure that all summary judgment motions scheduled to be heard on July 15 and September 2, 2005 are subject to the same schedule on appeal.

Dated: 6/8/05

>                    DENNIS J. HERRERA
>                    City Attorney
>                    JOANNE HOEPER
>                    Chief Trial Deputy
>                    SHERRI SOKELAND KAISER
>                    Deputy City Attorney
>
>                    By /s/ Sherri Sokeland Kaiser
>                    SHERRI SOKELAND KAISER
>                    Attorneys for Defendants
>                    CCSF AND GEORGE BUTTERWORTH

1  Dated: 6/6/05
2
3                                          JAMES QUADRA, ESQ.
                                           MOSCONE, EMBLIDGE & QUADRA, LLP
4
5                                          By:_____
                                           JAMES QUADRA
6                                          Attorneys for Defendants EARL SANDERS and
                                           NAPOLEON HENDRIX
7
8  Dated: _____
9
                                           ETHAN BALOGH, ESQ.
                                           KEKER & VAN NEST, LLP
10
11                                         By:_____
                                           ETHAN BALOGH
12                                         Attorneys for Plaintiff JOHN TENNISON
13
14 Dated: _____
15
                                           JOHN HOUSTON SCOTT, ESQ.
                                           THE SCOTT LAW FIRM
16
17                                         By:_____
                                           JOHN HOUSTON SCOTT
18                                         Attorneys for Plaintiff ANTOINE GOFF
19
20                                   **ORDER**
21
         GOOD CAUSE appearing, it is HEREBY ORDERED that the Court's case management
22
   deadlines are modified pursuant to the terms of the foregoing stipulation. All Defendants shall
23 jointly file a single motion of 25 pages or less; both
   IT IS SO ORDERED.
24 plaintiffs shall file together a joint opposition &, if
   desired, cross motion in a single brief of 25 pages or less.
25
   Dated:
26     JUN 14 2005                         _____
                                           THE HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE
27
28

*Tennison v. CCSF, et al.*                    3
Case No. C04-0574

```
 1  Dated: _____
 2
 3                          JAMES QUADRA, ESQ.
                            MOSCONE, EMBLIDGE & QUADRA, LLP
 4
 5                          By:_____
                               JAMES QUADRA
 6                             Attorneys for Defendants EARL SANDERS and
                               NAPOLEON HENDRIX
 7
 8  Dated: 6/7/05
 9
                            ETHAN BALOGH, ESQ.
10                          KEKER & VAN NEST, LLP

11                          By: [signature]
                               ETHAN BALOGH
12                             Attorneys for Plaintiff JOHN TENNISON
13
14  Dated: _____
15
                            JOHN HOUSTON SCOTT, ESQ.
16                          THE SCOTT LAW FIRM
17
18                          By:_____
                               JOHN HOUSTON SCOTT
                               Attorneys for Plaintiff ANTOINE GOFF
19
20                                  ORDER
21      GOOD CAUSE appearing, it is HEREBY ORDERED that the Court's case management
22  deadlines are modified pursuant to the terms of the foregoing stipulation.
23      IT IS SO ORDERED.
24
25  Dated: _____
26                          _____
                            THE HONORABLE CLAUDIA WILKEN
27                          UNITED STATES DISTRICT JUDGE
28
```

*Tennison v. CCSF, et al.*
Case No. C04-0574

3

Dated: _____

JAMES QUADRA, ESQ.
MOSCONE, EMBLIDGE & QUADRA, LLP

By:_____
JAMES QUADRA
Attorneys for Defendants EARL SANDERS and
NAPOLEON HENDRIX

Dated: _____

ETHAN BALOGH, ESQ.
KEKER & VAN NEST, LLP

By:_____
ETHAN BALOGH
Attorneys for Plaintiff JOHN TENNISON

Dated: 6/8/05

JOHN HOUSTON SCOTT, ESQ.
THE SCOTT LAW FIRM

By:_____
JOHN HOUSTON SCOTT
Attorneys for Plaintiff ANTOINE GOFF

## ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that the Court's case management deadlines are modified pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE