UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY & COUNTY OF SAN FRANCISCO, *et al.*,<br><br>            Defendants.<br>_____ / | No. C-04-0574 CW (EMC)<br><br>**ORDER RE JOINT LETTER OF JUNE 10, 2005**<br>**(Docket No. 228**) |

Plaintiff John Tennison and Defendant the City and County of San Francisco (the "City") have filed a joint letter, dated June 10, 2005, essentially seeking clarification regarding a prior Court order, filed on January 12, 2005. *See* Docket No. 64. The City argues that, pursuant to that order, it does not have to produce documents involving *allegations* of lying by the individual officers but rather only documents involving *actual instances* of lying. *See* Joint letter of 1/12/05, at 2 (claiming that files "involve allegations of dishonesty that were thoroughly investigated and determined to be unfounded"). Mr. Tennison argues otherwise.

The Court rejects the City's position. To the extent that the order was unclear because it referred generally to "instances of lying" and did not specify whether those instances were simply alleged or instead actual, the Court now clarifies that the scope of the order was intended to include any alleged instance of lying, whether or not the City ultimately concluded that the allegation was unfounded.

1  The Court declines to conduct any in camera review of the documents proffered by the City.
2  This order disposes of Docket No. 228.

4  IT IS SO ORDERED

6  Dated: June 14, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge