DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
SCOTT D. WIENER, State Bar #189266
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6TH Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>    Defendants. | Case No. C 04-0574 EMC<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFF JOHN TENNISON'S MOTION TO COMPEL** |

1

## RECITAL

2   Plaintiff Tennison filed a motion to compel regarding certain issues arising from
3   Tennison's Rule 30(b)(6) deposition of Defendant City and County of San Francisco. The
4   hearing on the motion is now set for June 22, 2005, at 10:30 a.m. The parties continue to meet
5   and confer on the outstanding issues and are not yet in a position to present their positions to the
6   Court. By Monday June 27, 2005, the parties will be in a position to address their disputes and
7   to submit letter briefing to the Court on any remaining disputes.

8   The parties therefore request that the Court continue the June 22, 2005, hearing to June
9   29, 2005, at 10:30 p.m., to coincide with the City's motion to compel Plaintiffs to attend
10  psychological evaluations.

## STIPULATION

11

12  For the foregoing reason, the parties, through their undersigned counsel, stipulate and
13  agree to entry of an order continuing from June 22, 2005, to June 29, 2005, at 10:30 a.m., the
14  hearing on Tennison's motion to compel.

15
16  Dated: 6/21/05

17              DENNIS J. HERRERA
                City Attorney
18              JOANNE HOEPER
                Chief Trial Deputy
19              EVAN H. ACKIRON
                SCOTT D. WIENER
20              Deputy City Attorneys
21
22              By: _____
                SCOTT D. WIENER
23              Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO
24              AND GEORGE BUTTERWORTH

25
26
27
28

Dated: 6/21/05

ETHAN BALOGH, ESQ.
KEKER & VAN NEST, LLP

By: _____
ETHAN BALOGH
Attorneys for Plaintiff JOHN TENNISON

### ORDER

GOOD CAUSE appearing from the foregoing Stipulation, it is HEREBY ORDERED that the hearing on Plaintiff John Tennison's motion to compel is continued from June 22, 2005 to June 29, 2005, at 10:30 a.m. The parties shall submit letter briefing by June 27, 2005.

IT IS SO ORDERED.

Dated:   June 21, 2005



_____
THE HONORABLE EDWARD CHEN
UNITED STATES MAGISTRATE JUDGE

*Tennison v. CCSF, et al.*
Case No. C04-0574

3

N:\LIT\L12004\041165\00317175.DOC