**United States District Court**

For the Northern District of California

1

2

3

4

5
UNITED STATES DISTRICT COURT

6
NORTHERN DISTRICT OF CALIFORNIA

7

8
JOHN TENNISON,                                          No. C-04-0574 CW (EMC)

9
　　　　　　　　Plaintiff,

10
　　　　v.                                               **ORDER RE JOINT LETTER OF JUNE 27, 2005**
                                                        **(Docket No. 262)**

11
CITY & COUNTY OF SAN FRANCISCO, *et al.*,

12

13
　　　　　　　　Defendants.
_____/

14

15
　　　　The parties filed a joint letter on June 27, 2005, the purported purpose of which was to notify

16
the Court of the results of their meet and confer regarding Mr. Tennison's 30(b)(6) deposition(s) of

17
the City.  In the joint letter, however, Mr. Tennison raises new issues beyond the scope of the motion

18
to compel he originally filed.  The Court notes that this is not the first time that a party in this case

19
has sought to bring an issue to the Court's attention beyond the scope of a noticed motion (or joint

20
letter), and the Court warns the parties, in particular, counsel for Mr. Tennison, Ethan Balogh, that it

21
will not tolerate such conduct in the future.

22
///

23
///

24
///

25
///

26
///

27
///

28
///

United States District Court

For the Northern District of California

1        Accordingly, the Court hereby orders the parties to further meet and confer *in person*

2   regarding the issues raised by Mr. Tennison in the June 27 letter.  If, after the meet and confer, there

3   are disputes still remaining, then the parties shall file a joint letter regarding the remaining disputes

4   by July 5, 2005, at 4:00 p.m.  The Court shall hold a hearing on any remaining disputes on July 7,

5   2005, at 3:00 p.m.  The issues raised by Mr. Tennison in the June 27 letter need to be addressed on

6   an expedited basis as Judge Wilken will be hearing the summary judgment motions on August 12,

7   2005.

8

9        IT IS SO ORDERED.

10

11   Dated:  June 28, 2005

12   _____

13   EDWARD M. CHEN
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28