UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN TENNISON,

        Plaintiff,

    v.

CITY & COUNTY OF SAN FRANCISCO, *et al.*,

        Defendants.

       /

No. C-04-0574 CW (EMC)

**ORDER RE IN CAMERA EXAMINATION**

      The Court hereby orders the City to produce Inspector Toomey for an in camera examination on July 7, 2005, at 3:00 p.m. Inspector Toomey should be prepared to address details regarding the ongoing investigation into the murder of Roderick Shannon, including but not limited to those details disclosed in the declaration of Deputy Chief Tabak, which was previously submitted for the Court's in camera review. The Court also expects the City to adequately prepare Inspector Toomey for the examination such that he "will be as knowledgeable on the relevant matters as the Chief." Letter from E. Ackiron to Court of 6/28/05, at 1.

///

///

///

///

///

1   The City shall allow Plaintiffs to submit to the Court *ex parte* a list of questions that they
2   would like the Court to ask Inspector Toomey about the investigation. The Court does not guarantee
3   that any or all questions will in fact be asked but finds that such questions might be helpful to the
4   Court during its examination of Inspector Toomey. The questions should be provided to the Court
5   via facsimile (at 415-522-4200) no later than 4:00 p.m. on July 5, 2005. Plaintiffs may submit the
6   questions to the Court *without* providing a copy to the City.

8   IT IS SO ORDERED

10  Dated: June 29, 2005

    _____
    EDWARD M. CHEN
    United States Magistrate Judge