# EXHIBIT 59





