# EXHIBIT 91

354536.01

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

8   JOHN TENNISON,

9                                Petitioner,

10        v.

11   IVALEE HENRY

12                                Respondent.

13

Case No. C 98-3842 CW

Judge:    The Hon. Claudia Wilken

14

15

16

17

18

19

20

**POLICE INTERVIEW WITH**

**PATRICK BARNETT**

**AUGUST 19, 1989**

21

22

23

24

25

26

27

28

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

FALZON:   Today's date is Saturday, August the 19th, 1989. The time is presently 10 minutes after 1:00pm.  We're inside of the Homicide Detail room 450, at the Hall of Justice.  I'm Inspector Frank Falzon and for the record sir, your full name please?

BARNETT:   Patrick Deshawn Barnett.

FALZON:   I'm sorry could you state that again?

BARNETT:   Patrick Deshawn Barnett.

FALZON:   Patrick Deshawn Barnett, and you're the first cousin of Roderick Shannon is that correct?

BARNETT:   Yeah.

FALZON:   I'm showing mug photo right now, ah x-ray 37597, do you recognize that photo sir?

BARNETT:   Yeah.

FALZON:   Is that your cousin?

BARNETT:   Yes.

FALZON:   And you were recently informed that sometime earlier today of ah Mr. Shannon's death?

BARNETT:   Yea.

FALZON:   Could you tell me how you found out about his death?

BARNETT:   When my friend came to my girl's house and told me he came to pick me up.

FALZON:   Okay. You say your girl's house ah whose house were you at?

BARNETT:   My girl is Chanelle Ward, she's at, I mean she's at 67 Bronte Street.

KEKER & VAN NEST

2

1    FALZON:    Okay. And you with her all night?

2    BARNETT:   Yeah.

3    FALZON:    How did you get to your girlfriend's house?

4    BARNETT:   My cousin Roderick brought me home.

5    FALZON:    About what time was that?

6    BARNETT:   It was about it was about 1, about 1 or 1:30.

7    FALZON:    1:30 this morning?

8    BARNETT:   Yeah.

9    FALZON:    The same day yesterday?

10   BARNETT:   Yes.

11   FALZON:    Saturday morning?

12   BARNETT:   Yes.

13   FALZON:    And when he dropped you off, what car was he
14   driving at that time?

15   BARNETT:   The green 67 Skylark.

16   FALZON:    And whose does that car belonged to?

17   BARNETT:   My auntie, Shirley Collins.

18   FALZON:    It belongs to Shirley Collins?

19   BARNETT:   Yeah.

20   FALZON:    And did you have any appointment with Roderick
21   Shannon to pick you back up?

22   BARNETT:   Yes. At 12 o'clock this afternoon.

23   FALZON:    He was supposed to be picking you up?

24   BARNETT:   Yeah.

25   FALZON:    And instead, you said members of your family, you
26   told me, arrived to give you the news that ah Roderick was
27   dead?

28   BARNETT:   Yes.

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

3

1  FALZON:   And who came to tell you about ah Roderick's

2  death?

3  BARNETT:   John, my friend John.

4  FALZON:   John who sir?

5  BARNETT:   John Moore.

6  FALZON:   John Moore?

7  BARNETT:   Yes.

8  FALZON:   Is he the fellow who drove you down here to the

9  Homicide Detail?

10  BARNETT:   Yeah.

11  FALZON:   What if anything do you know about Roderick

12  Shannon's death?

13  BARNETT:   I don't know nothing. I don't know anything. All

14  I just know is...

15  FALZON:   Can you keep your voice up please?

16  BARNETT:   All I know that somebody just - all I know is my

17  friend picked me up and told me he was dead - and I don't know

18  I don't know he got killed or whatever.

19  FALZON:   Okay, prior to turning this tape recorder on you

20  and I had a little discussion, you might even say a little bit

21  of a disagreement, and I was of one opinion, you were of

22  another opinion, I thought drugs was probably involved in this

23  case, you don't feel that way, and you thought it was more of a

24  turf situation, the fact that ah Roderick is from the Sunnydale

25  projects and you have had past problems before with the

26  Hunter's Point group, is that correct?

27  BARNETT:   Yes.

28  FALZON:   Explain to me about that. Why, why do you believe

KEKER & VAN NEST

4

1   this would be - why Roderick was gunned down the fashion he was

2   gunned down?

3       BARNETT: Because he was only one seen, he was only one that

4   was seen on the street I guess. He was the first victim that,

5   that ah they seen them.

6       FALZON:   Alone?

7       BARNETT:  Alone.  He was by himself. He was like a you know

8   as a guinea pig you know - he was by himself, evidently there

9   was about 10 guys you know, they don't go after me because may

10  be by yourself.

11      FALZON:   Okay, and you told me that you were brought down

12  at one time and questioned regarding the crazy Charlie's case?

13      BARNETT:  Yeah.

14      FALZON:   And that was by homicide detectives.

15      BARNETT:  Yeap.

16      FALZON:   You know their names?

17      BARNETT:  Ah, I don't know just this you know them old guy.

18      FALZON:   You say the old guy

19      BARNETT:  A black.

20      FALZON:   Black, ah Napoleon Hendrix?

21      BARNETT:  Yeah.

22      FALZON:   And Earl Sanders?

23      BARNETT:  Yeah.

24      FALZON:   And they brought you down here and questioned you

25  regarding crazy Charlie's death in Hunter's Point?

26      BARNETT:  Yeah.

27      FALZON:   And you also drive the same vehicle that Roderick

28  was driving early this morning, is that not correct?

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

1    BARNETT:   Yeah.

2    FALZON:    And it's your opinion and that's it is an

3  opinion, that a group from Hunter's Point spotted that car and

4  assumed neither you or Roderick were in it and started chasing

5  it, is that what you believe it happened?

6    BARNETT:   I think that they just knew it was somebody from

7  Sunnydale in the same vehicle, they didn't know if it was me or

8  him.

9    FALZON:    Okay. But it was a Sunnydale car?

10    BARNETT:   Sunnydale car so they went after it, I guess.

11    FALZON:    The last few days have you been spending those

12  that that time with Roderick?

13    BARNETT:   Yeah, yeah, like...cause when he's in, in a

14  transition home, you see, he goes to work in the morning and

15  then when he get off from work I seen him for, I see him for

16  about, he gets off at about 12, I see him for about 30 minutes

17  or an hour and then he'd gets on the bus and he'd go back to

18  the transition home on Guerrero Street, and then, I mean you

19  know, Friday being that it was Friday they let him off for you

20  know he gets to come home for home pass on the weekend. And

21  ah...

22    FALZON:    How'd you spend Friday. What did you two do?

23    BARNETT:   We, first, you see he was he had to work Friday

24  so he worked for about 12, I was at my girl's house.

25    FALZON:    You say 12, you tell me about 12 noon Friday he

26  got off?

27    BARNETT:   12 noon yeah, about, Friday he got off. You see,

28  I was my girl's house 'til about 3 see, 'til about 3 that

KEKER & VAN NEST

1   afternoon and I came, I came to Sunnydale again and we was

2   sitting in a park, I mean in a recreation center in Sunnydale

3   on Sunnydale Street, we lifting weights, and playing ping-pong

4   and then, at about 6 we went we went ah to Visitation Junior

5   High School and play basketball for about for about ah a good

6   hour or two.

7        FALZON:   Who'd you play basketball, just the two of you?

8        BARNETT:   No. We play, it was like Sunnydale, we played

9   against some Fillmore guys, in some basketball.

10       FALZON:   Was there any problems with any of the Fillmore

11  guys during the basketball game?

12       BARNETT:   No. And then we left the gym at about, it's about

13  9:30 no it's about 9 when we left we went down to Sunnydale, we

14  dropped our friend off that was with us my friend Steimy, and

15  then we went to McDonald's on Geneva we got us something to eat

16  from McDonald's and then I came we came back and we were

17  sitting around on, on ah Santos Street we just talked to a few

18  of our buddies for a while and then ah I went, I went in my

19  friend's house and used the phone and called my girl and told

20  her I was to have my cousin to drop me off.  And then I went, I

21  told my cousin that, I mean I asked him to drop me off.  So and

22  I said ah take me to 7-11 first so we went to 7-11. And then,

23  and then, ah we went up to the gas station on Geneva and

24  Mission and then got some gas and then when we got on the

25  freeway by Balboa Bart Station going towards ah San Jose, I

26  mean Oakland whatever the way it is ... and when we got off on

27  Alemany Street and ah we went to ah 67 Bronte Street, he

28  dropped me off.

KEKER & VAN NEST

1    FALZON:    This is around 1:30?

2    BARNETT:    This is around 1:30, then I told I say come pick

3    me up at about 12 o'clock alright, and he said all right.

4    FALZON:    That was today?

5    BARNETT:    That was today, and then he left, he left and

6    then I went into the house and I went to sleep.

7    FALZON:    Okay. Your mother and your auntie told me that

8    after the basketball game you went home.

9    BARNETT:    I know, I took my shoes, I took my shoes and my

10   sweat pants home, you know I, we came right back out.

11   FALZON:    You went right back out?

12   BARNETT:    Right back out.

13   FALZON:    And that's when you went to McDonald's.

14   BARNETT:    Yeah. No, we went to 7-eleven we went to

15   McDonald's we went to McDonald's after we came from playing

16   basketball.

17   FALZON:    Then you went home?

18   BARNETT:    Then I went home and dropped my shoes and my

19   sweat pants off.  And then we went to 7-eleven.

20   FALZON:    You have a cut on your finger there why did that

21   happen?

22   BARNETT:    I was just reaching up under the seat yesterday

23   morning, I cut my finger.

24   FALZON:    Okay. Do you have any problems or skirmishes with

25   any body within the last couple of days?

26   BARNETT:    No.

27   FALZON:    What about in the last month?

28   BARNETT:    I ain't have no problems with nobody, I thought I

KEKER & VAN NEST

1   been doing all right, staying out of people's way.

2       FALZON:   Do you know if Roderick's had any problem?

3       BARNETT:   No, I know didn't have no problem, because he

4   wasn't the type of person that bothered nobody, you know what

5   I'm saying, 'cause he was a quiet type you know, he didn't see,

6   he didn't never say much, you know what I'm saying?

7       FALZON:   Did you know if Roderick had a money with him

8   last night?

9       BARNETT:   No.

10      FALZON:   He never showed you any large sums of money?

11      BARNETT:   No.

12      FALZON:   If I told you he had over $1700 on him last

13  night, what would you think he would have that kind of money

14  being ah working part-time and being in a transition house?

15      BARNETT:   He probably already had, I wouldn't know.

16      FALZON:   He carried around on his person?

17      BARNETT:   I guess so.

18      FALZON:   Do you carry that much money on you?

19      BARNETT:   No.

20      FALZON:   You have no idea where...

21      BARNETT:   If I was to sell, if I was to sell a car I'd have

22  that much money on me.

23      FALZON:   You think he sold a car?

24      BARNETT:   He might have.

25      FALZON:   Did he have a car for sale?

26      BARNETT:   Yeah.

27      FALZON:   Which one was it?

28      BARNETT:   A Skylark. The one that that Third Street guy is

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

1    riding around in right now.

2        FALZON:    Who's Thursday guy?

3        BARNETT:   I said the Third Street guys you know in Hunter's

4    Point, they riding around in it right now.

5        FALZON:    They stole his car?

6        BARNETT:   Yeap. Because he has sold it to one of my other

7    buddies.

8        FALZON:    And Hunter's Point guys, they stole that car?

9        BARNETT:   From, from my other buddy that my cousin sold it

10   to.  They took it from him at the gas station. They jumped on

11   ...

12       FALZON:    How much did he sell that car for?

13       BARNETT:   He sold it for about 27.

14       FALZON:    $2700?

15       BARNETT:   Yeah.

16       FALZON:    He sold it to your buddy?

17       BARNETT:   Yeah.

18       FALZON:    Did your buddy pay in cash?

19       BARNETT:   I think so. I Think so. I think he probably owed

20   it somewhere.

21       FALZON:    What's you buddy's name?

22       BARNETT:   He sold it to his father.

23       FALZON:    What's the father's name, you know?

24       BARNETT:   I don't know his name.

25       FALZON:    How about his buddy's name what's his name.

26       BARNETT:   What's my buddy's name? Ah, I don't know, I just

27   know him by his nickname I don't know his...

28       FALZON:    Did he make a report that the car was stolen?

KEKER & VAN NEST

1  BARNETT:  He didn't know the license, my buddy the dude

2  that he sold the car to, didn't know the license plate number.

3  And my auntie she had sent the pink slip in 'cause, you know

4  Sacramento so you know, they can change it over.

5  FALZON:  Can you find that out for us? Your buddy's name,

6  the license plate number of the car that was stolen and all

7  that information?

8  BARNETT:  I feel all that is irrelevant they ain't got

9  nothing to do with it right now, you know what I'm saying.

10  FALZON:  If they stole, if they stole...

11  BARNETT:  That, that car that car had been sold to him for

12  you know at least a week, at least a week, two weeks you know I

13  don't know.

14  FALZON:  So you don't think that's connected?

15  BARNETT:  I don't think that's connected.

16  FALZON:  What do you think is connected?

17  BARNETT:  Like I told you, I've said I think there was some

18  Hunter's Point guys and my cousin was just seen by himself and

19  it was a few cars of them and then probably, you know they just

20  got him.  If that would have been me, if they would see me by

21  myself I think they would try to chase me too.

22  FALZON:  How do we stop all this?

23  BARNETT:  How do y'all stop all this?  I don't know man.

24  FALZON:  Isn't it pretty much safe to say, ah that a

25  Hunters Point guy gets killed, a few weeks later a Sunnydale

26  guy gets killed. A few weeks later maybe a month later, a

27  Hunter's Point guy gets killed.  And now Roderick gets killed,

28  is that pretty, pretty much what's happening?

KEKER & VAN NEST

1   BARNETT:   I think so.

2   FALZON:   So now I would say a Sunnydale group has to go

3   kill somebody from Hunter's Point. Isn't that the logic?

4   Pretty much...

5   BARNETT:   I guess so, I don't know.

6   FALZON:   I mean Roderick's death has to be revenged?

7   BARNETT:   I don't know.

8   FALZON:   Because you guys are gonna do it outside the law,

9   without involving the police because the Police don't know what

10   they're doing.  You guys know what you're doing. What you're

11   doing is killing each other.

12   BARNETT:   I ain't killing nobody.  I ain't in no gang...

13   FALZON:   I'm not saying you. I'm not saying you.

14   BARNETT:   My cousin wasn't' in no gang and it just that a

15   gang got to him that's all.

16   FALZON:   But you, you do admit your cousin was part of the

17   Sunnydale group?  He may not have been in a gang...

18   BARNETT:   He stayed he stayed in Sunnydale - you see his

19   address right here 1964 Sunnydale Avenue.

20   FALZON:   Sunnydale Avenue. That's where his mother lives.

21   BARNETT:   It's where he lived at. It ain't if you're in a

22   gang or nothing like that, you know what I'm saying, it's about

23   where you stay at.

24   FALZON:   Where do you live?

25   BARNETT:   I stay at 50 Carr Street with my grandmother.

26   FALZON:   Now, what's that considered?  That's right in

27   between...

28   BARNETT:   That's right in...

KEKER & VAN NEST

12

1   FALZON:   Hunter's Point and Sunnydale.

2   BARNETT:   I got, I go home I don't go home every night but

3   you know some night I do go home I won't be parking my car you

4   know I park the car you know I don't know somebody came by and

5   seen it or not I don't know.

6   FALZON:   But you're considered to be a Sunnydale person or

7   your turf is Sunnydale?

8   BARNETT:   Yeah. Cause I was staying in Sunnydale for the

9   last three years.

10   FALZON:   At 1694?

11   BARNETT:   No. I was staying in 72 (inaudible) 172

12   (inaudible).

13   FALZON:   And who were you staying there with?

14   BARNETT:   My mother.

15   FALZON:   That's ah, Helen Horton?

16   BARNETT:   Yeah.

17   FALZON:   Is there any reason outside of turf that can tell

18   me why this is happening?

19   BARNETT:   I couldn't tell you.

20   FALZON:   You mean crazy Charlie's death was revenged?

21   BARNETT:   I don't know.

22   FALZON:   No idea?

23   BARNETT:   No.

24   FALZON:   Do you know if Roderick was dealing drugs?

25   BARNETT:   No.

26   FALZON:   Would you tell if you did know?

27   BARNETT:   I'd tell you if I did know.

28   FALZON:   Do you deal drugs?

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

13

1      BARNETT:   No.

2      FALZON:    Would you tell me if you were?

3      BARNETT:   Would I tell you if I were?  That'd be, that'd be

4   very dumb if I was and I tell you I was.

5      FALZON:    Except that it would help to understand this

6   whole case...

7      BARNETT:   But the drugs ain't got nothing to do with it.

8      FALZON:    You don't think...

9      BARNETT:   I ain't dealing drugs and my cousin wasn't

10  dealing drugs, and so there was this gang so that's all y'all

11  might as well put it down as.  It was just gang related.

12     FALZON:    And you'd take a polygraph, you told me,

13  regarding the fact that you were not with Roderick at the time

14  he was chased down and killed?

15     BARNETT:   Yeah, I'd take a polygraph, whatever.

16     FALZON:    And you have no other information you can help us

17  with in this case?  You have to answer me so I can hear...

18     BARNETT:   No. No.

19     FALZON:    No other information?

20     BARNETT:   No.

21     FALZON:    Does any of your friends out there know what

22  happened with Roderick.

23     BARNETT:   I don't know. I hear a lot of stuff you know I

24  don't know what to believe, I don't know who to believe and who

25  not to believe.

26     BARNETT:   How much have you heard so far since?

27     BARNETT:   I heard that the, some of my partners say they

28  seen said they seen ah they seen him getting chased by the

14

1   police.

2       FALZON:   By a black and white.

3       BARNETT:   By a black and white. And then then then ah some

4   people just say they just seen the car getting towed.

5       FALZON:   So you don't know yet, you haven't been out on

6   the street, I guess to find out what happened, huh?

7       BARNETT:   Not yet.

8       FALZON:   Let me ask you this ah, when you find out what

9   happen, would you tell me?

10      BARNETT:   When I found out what did it happen?

11      FALZON:   You're gonna find out Patrick when you get out

12  there, what happened.

13      BARNETT:   Oh would I tell you?

14      FALZON:   Would you tell me?

15      BARNETT:   I wouldn't know if I would tell you or not.

16      FALZON:   Well do you think you'd try and just keep it to

17  yourself and settle it among your own guys and get a little

18  revenge yourself.

19      BARNETT:   No, because you know, you know it ain't going to

20  come through like that its just going to come through this guy

21  over here from Hunter's Point shot, shot your cousin. You know

22  what I am saying. It ain't going to come through like that it

23  don't never come through like that all you all going to do I

24  could say I could say any name and you all could go over there

25  and arrest that guy for my, for my, for you know for my

26  cousin's death right.  And he could be doing that guy could be

27  doing fifteen and twenty years life in the state penitentiary

28  for something he didn't do you know what I'm saying. I don't

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

15

1  want I don't want to send anybody innocent away like they

2  trying they trying to do to us you what I am saying like the

3  Hunter's Point guys trying to get us, you know sent to jail for

4  something that didn't nobody do, you know what I'm saying I

5  don't wanna get nobody sent that didn't have nothing to do with

6  it. Now if I find out somebody that had something to do with

7  it, you know if they really had something to do with it I, I,

8  you know I want them to get put away.

9      FALZON:   So you would be calling me then?

10     BARNETT:  I call you but I...

11     FALZON:   I want some good information.

12     BARNETT:  If I come up with some good information but you

13  know I ain't gonna come across nothing like that, 'cause it

14  don't even be going like that.

15     FALZON:   Suppose when your friend saw who was chasing

16  Roderick that could help us. We're not going to send him away

17  just because he have  a name, you know how cases are put

18  together, we need a lot of evidence, we need to prove beyond a

19  reasonable doubt to twelve people in the jury.

20     BARNETT:  Y'all should go and try and find them vehicles

21  and fingerprint them vehicles, then y'all find out who did it.

22     FALZON:   Fortunately or unfortunately all we know right

23  now is that two cars were involved and a pickup truck, a large

24  sized pickup truck and older one.  That's all we know. Now I'm

25  sure there's a lot of vehicles up in Hunter's Point that match

26  what I just told you. But you might find out more from your

27  group in the Sunnydale projects as to who this could be and

28  then you can help narrow it down by telling us who we should go

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

1   get, what cars and fingerprints and the rest of what you want

2   us to do. Make sense?

3       BARNETT:   Yeah, but I can name some - but I can name, I can

4   name some turfs in Hunter's Point and y'all can go through them

5   turfs and y'all wouldn't, y'all wouldn't be able to find

6   nothing.  Y'all go wouldn't be able to find nothing.  Right in

7   your face, you wouldn't be able to find anything.

8       FALZON:   I personally think that you're going to be able

9   to find out something when you go back out the Sunnydale

10  projects I think your friends are gonna tell you ...

11      BARNETT:  I'm not even going back up to the Sunnydale

12  projects.  I'm not even going to be around the projects.

13      FALZON:   Well, personally, if you're hiding anything from

14  me, I think you ought to tell me before you leave today or at

15  least call me tomorrow or something before something happens to

16  you.  Because I think you'd realize that it was either you or

17  your cousin that they wanted to get. They knew that car, they

18  knew who would be in it and maybe they couldn't tell if it was

19  Roderick or you, but I think you're smart enough to know, they

20  wanted revenge on either you or your cousin because of that

21  car. They knew that car belonged to your family.

22      BARNETT:  They knew that was a Sunnydale car?

23      FALZON:   Right.

24      BARNETT:  Y'all know that.  That's all I got to say, but

25  they knew that was a Sunnydale car. See, you got HP written on

26  your desk.

27      FALZON:   That's HP in here.  So, and you're here so

28  obviously you know we're bringing...

KEKER & VAN NEST

POLICE INTERVIEW WITH PATRICK BARNETT, AUGUST 19, 1989

1    BARNETT:  And they weren't looking they weren't looking for

2  me or him, they you know, they was just, he was just seen by

3  himself, and they just got him, that's all.

4    FALZON:   Except like you say they know it was a Sunnydale

5  car and they know who was in either you or him.

6    BARNETT:  Like I said it was gang, man.  It was gang you

7  know, that's all it was, it was gang. Or it wasn't, or I

8  wouldn't even say it was a gang, I'd say it was Hunter's Point.

9  All right?  Don't call them no gang 'cause I ain't gonna say we

10  a gang.  I ain't gonna say nobody in Sunnydale's a gang.

11    FALZON:   Okay. Is there anything else?

12    BARNETT:  No.

13    FALZON:   We're ending this taped statement, the time now

14  is 1:30. Thank you for your cooperation.

15 END OF TAPE

18

1        I, PATRICK W. MONTGOMERY, a paralegal with the law firm of

2   Keker & Van Nest, LLP., do hereby certify that under penalty of

3   perjury under the laws of the United States, the foregoing is a

4   full, true, and correct record of the August 19, 1989, audio-

5   taped interview of Patrick Barnett, provided by the District

6   Attorney's Office of the City and County of San Francisco,

7   pursuant to subpoena, as transcribed by me, to the best of my

8   ability.

9        Dated at San Francisco, California, this 7th day of

10  June, 2002.

11  _____

12           PATRICK W. MONTGOMERY
             Paralegal

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEKER & VAN NEST