DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6TH Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN TENNISON, | Case No. C 04-0574 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE FOR MONELL-BASED SUMMARY JUDGMENT MOTIONS BY ONE WEEK** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH, | |
| Defendants. | |

## RECITAL

The parties agree that there is good cause to postpone by one week the briefing schedule for the upcoming *Monell*-based summary judgment motion to accommodate legitimate scheduling needs. As the Court's current scheduling orders allows six weeks for briefing and hearing, the parties wish to move the briefing schedule one week but leave the current hearing date intact. The parties request that the Court adopt this stipulation as an order.

## STIPULATION

The parties stipulate to the following modified deadlines:

| | |
|---|---|
| Hearing on *Monell*-based motion for summary judgment | September 23, 2005 |
| Opening brief due | August 19, 2005 |
| Opposition brief due | September 2, 2005 |
| Reply brief, if any, due | September 9, 2005 |

The parties further stipulate that they will not seek a stay of any *Monell*-based motion in the event that the summary judgment motions currently scheduled to be heard on August 12, 2005, are decided and appealed before any *Monell*-based motion is heard on September 23, 2005, and decided. Instead, in the interests of economy, the parties stipulate that they will endeavor to ensure that all summary judgment motions scheduled to be heard on August 12 and September 23, 2005 are subject to the same schedule on appeal.

Dated:     August 3, 2005

                    DENNIS J. HERRERA
                    City Attorney
                    JOANNE HOEPER
                    Chief Trial Deputy
                    SHERRI SOKELAND KAISER
                    Deputy City Attorney

By: */s/ Sherri Sokeland Kaiser*
                    SHERRI SOKELAND KAISER
                    Attorneys for Defendants
                    CCSF AND GEORGE BUTTERWORTH

1  Dated: 8/5/05

2                               JAMES QUADRA, ESQ.
                                MOSCONE, EMBLIDGE & QUADRA, LLP
3
4                               By: /s/ James Quadra
                                JAMES QUADRA
5                               Attorneys for Defendants EARL SANDERS and
                                NAPOLEON HENDRIX
6

7  Dated: _____

8                               ETHAN BALOGH, ESQ.
                                KEKER & VAN NEST, LLP
9

10                              By:_____
                                ETHAN BALOGH
11                              Attorneys for Plaintiff JOHN TENNISON

12

13 Dated: _____
14
                                JOHN HOUSTON SCOTT, ESQ.
15                              THE SCOTT LAW FIRM

16
                                By:_____
17                              JOHN HOUSTON SCOTT
                                Attorneys for Plaintiff ANTOINE GOFF
18

19                              **ORDER**

20      It is HEREBY ORDERED that the Court's case management deadlines are modified
21
   pursuant to the terms of the foregoing stipulation.
22
       IT IS SO ORDERED.
23

24
25 Dated: _____
                                THE HONORABLE CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE
26

27

28

*Stipulation & Proposed Order Extending Briefing Schedule*            3
*Tennison v. CCSF, et al.; Case No. C04-0574*

Dated: _____

                JAMES QUADRA, ESQ.
                MOSCONE, EMBLIDGE & QUADRA, LLP

              By:_____
                  JAMES QUADRA
                  Attorneys for Defendants EARL SANDERS and
                  NAPOLEON HENDRIX

Dated: August 4, 2005

              ETHAN BALOGH, ESQ.
              KEKER & VAN NEST, LLP

              By:_____
                  ETHAN BALOGH
                  Attorneys for Plaintiff JOHN TENNISON

Dated: _____

              JOHN HOUSTON SCOTT, ESQ.
              THE SCOTT LAW FIRM

              By:_____
                  JOHN HOUSTON SCOTT
                  Attorneys for Plaintiff ANTOINE GOFF

## ORDER

It is HEREBY ORDERED that the Court's case management deadlines are modified pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: _____      _____
                                THE HONORABLE CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

1  Dated: _____

2                                    JAMES QUADRA, ESQ.
3                                    MOSCONE, EMBLIDGE & QUADRA, LLP

4                                    By:_____
5                                       JAMES QUADRA
                                        Attorneys for Defendants EARL SANDERS and
6                                       NAPOLEON HENDRIX

7  Dated: _____

8
                                     ETHAN BALOGH, ESQ.
9                                    KEKER & VAN NEST, LLP

10
                                     By:_____
11                                      ETHAN BALOGH
                                        Attorneys for Plaintiff JOHN TENNISON
12

13 Dated: 8/5/05
14
                                     JOHN HOUSTON SCOTT, ESQ.
15                                   THE SCOTT LAW FIRM

16
                                     By:_____
17                                      JOHN HOUSTON SCOTT
                                        Attorneys for Plaintiff ANTOINE GOFF
18

19
                                          **ORDER**
20
21      It is HEREBY ORDERED that the Court's case management deadlines are modified
22 pursuant to the terms of the foregoing stipulation.
23      IT IS SO ORDERED.
24
                                     /s/ CLAUDIA WILKEN
25 Dated:  8/9/05       _____
                                     THE HONORABLE CLAUDIA WILKEN
26                                   UNITED STATES DISTRICT JUDGE
27
28

*Stipulation & Proposed Order Extending Briefing Schedule*          3
*Tennison v. CCSF, et al.; Case No. C04-0574*