| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | ETHAN A. BALOGH - #172224 |
| | DANIEL PURCELL - #191424 |
| 3 | STEVEN P. RAGLAND - #221076 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON, | Case No. C 04-00574 CW |
| Plaintiff, | (Consolidated with ~~Case No. C 04-01643 CW~~) |
| v. | **JOINT STATEMENT REGARDING CASE-MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH, | Date: August 12, 2005 |
| | Time: 10:00 a.m. |
| | Judge: Honorable Claudia Wilken |
| | Crtrm: 2 |
| Defendants. | |

1  Plaintiffs John Tennison and Antoine Goff, and defendants City and County of San
2  Francisco, George Butterworth, Prentice Earl Sanders, and Napoleon Hendrix submit this Joint
3  Statement Regarding Case Management Conference in advance of the hearing on the pending
4  motions for summary judgment set for August 12, 2005 at 10:00 a.m.

5  The parties agree and respectfully suggest that in light of the pending motions for
6  summary judgment, the anticipated motions regarding <u>Monell</u> liability, and the hearing next
7  month on municipal liability that the Court defer case management issues until the September
8  23, 2005 <u>Monell</u> hearing.  In anticipation of that hearing, and no later than Friday, September 9,
9  2005, the parties will submit a Joint Case Management Conference Statement to the Court.

11  Dated: August 8, 2005         KEKER & VAN NEST, LLP

13                                By: _____
                                      ETHAN A. BALOGH
14                                    Attorneys for Plaintiff
                                      JOHN TENNISON

15  Dated: August 8, 2005         OFFICE OF THE CITY ATTORNEY

17                                By: _____
                                      EVAN H. ACKIRON   by permission SIL
18                                    Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO and
19                                    GEORGE BUTTERWORTH

20  Dated: August 8, 2005         MOSCONE, EMBLIDGE & QUADRA

22                                By: _____
                                      JAMES A. QUADRA
23                                    Attorneys for Defendants
                                      PRENTICE EARL SANDERS and
                                      NAPOLEON HENDRIX
24  Dated: August 8, 2005         THE SCOTT LAW FIRM

26                                By: _____
                                      JOHN HOUSTON SCOTT   by permission
27                                    Attorneys for Plaintiff
                                      ANTOINE GOFF

2
JOINT STATEMENT REGARDING CASE-MANAGEMENT CONFERENCE
CASE NO. C-04-00574 CW

333134.01    356457.01

1  Plaintiffs John Tennison and Antoine Goff, and defendants City and County of San
2  Francisco, George Butterworth, Prentice Earl Sanders, and Napoleon Hendrix submit this Joint
3  Statement Regarding Case Management Conference in advance of the hearing on the pending
4  motions for summary judgment set for August 12, 2005 at 10:00 a.m.
5  The parties agree and respectfully suggest that in light of the pending motions for
6  summary judgment, the anticipated motions regarding Monell liability, and the hearing next
7  month on municipal liability that the Court defer case management issues until the September
8  23, 2005 Monell hearing. In anticipation of that hearing, and no later than Friday, September 9,
9  2005, the parties will submit a Joint Case Management Conference Statement to the Court.

10
11 Dated: August 8, 2005                KEKER & VAN NEST, LLP
12
13                                      By: _____
                                        ETHAN A. BALOGH
14                                      Attorneys for Plaintiff
                                        JOHN TENNISON
15 Dated: August 8, 2004                OFFICE OF THE CITY ATTORNEY
16
17                                      By: _____
                                        EVAN H. ACKIRON
18                                      Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO and
19                                      GEORGE BUTTERWORTH
20 Dated: August 8, 2005                MOSCONE, EMBLIDGE & QUADRA
21
22                                      By: _____
                                        JAMES A. QUADRA
23                                      Attorneys for Defendants
                                        PRENTICE EARL SANDERS and
24 Dated: August 8, 2005                NAPOLEON HENDRIX
                                        THE SCOTT LAW FIRM
25
26                                      By: _____
27                                      JOHN HOUSTON SCOTT
                                        Attorneys for Plaintiff
28                                      ANTOINE GOFF

IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken

2
JOINT STATEMENT REGARDING CASE-MANAGEMENT CONFERENCE