1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  ETHAN A. BALOGH - #172224
   DANIEL PURCELL - #191424
3  STEVEN P. RAGLAND - #221076
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff
   JOHN TENNISON
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN TENNISON,                          Case No. C 04-00574 CW

12                          Plaintiff,      Consolidated with
                                            Case No. C 04-01643 CW
13         v.
                                            ADMINISTRATIVE REQUEST AND
14  CITY AND COUNTY OF                      ORDER PERMITTING PLAINTIFF TO
    SAN FRANCISCO; SAN FRANCISCO            BRING EQUIPMENT TO THE HEARING
15  POLICE DEPARTMENT; PRENTICE EARL        ON SUMMARY JUDGMENT
    SANDERS; NAPOLEON HENDRIX; and
16  GEORGE BUTTERWORTH,                     Date:    August 12, 2005
                                            Time:    10:00 a.m.
17                          Defendants.     Judge:   Honorable Claudia Wilken
                                            Crtrm:   2
18

19

20

21

22

23

24

25

26

27

28

356612.01

1   Plaintiff John Tennison requests that the Court permit his counsel to bring into court for

2   the August 12, 2005 summary judgment hearing (1) a laptop computer, and (2) cables and an

3   extension cord for the laptop computer.  Plaintiff Goff and Defendants City and County of San

4   Francisco and Butterworth have no objection to the granting of this request.  Defendants Hendrix

5   and Sanders have stated no position on this request.

6   DATED:  August 12, 2005                           KEKER & VAN NEST, LLP

7

8                                              By:  /s/ Ethan A. Balogh _____
                                                  ETHAN A. BALOGH
9                                                  Attorneys for Plaintiff
                                                  JOHN TENNISON
10

11   For good cause shown, IT IS HEREBY ORDERED that counsel for Plaintiff John

12   Tennison, may bring the following equipment to the hearing on Summary Judgment on August

13   12, 2005:

14        • Laptop Computer

15        • Cables and an Extension Cord for Laptop Computer

16

17   Tennison's motion is GRANTED.

18   IT IS SO ORDERED.

19    8/12

20   Dated:  _____, 2005

21                                                  /s/ CLAUDIA WILKEN

22                                              _____
                                                  THE HONORABLE CLAUDIA WILKEN
23                                                  United States District Judge

24

25

26

27

28

1

356612.01