DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6TH Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN TENNISON, | Case No. C 04-0574 CW |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER AMENDING CONFIDENTIALITY PROTECTIVE ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH, | |
| Defendants. | |

*Tennison v. CCSF, et al.*
Case No. C04-0574

1

# RECITAL

On January 13, 2005, the Court entered a confidentiality protective order (docket number 67). The order provides certain protections to Office of Citizen Complaints ("OCC") files and prison records. The stipulation provides, at paragraph 2:

> 2. Defendants agreed to produce, subject to a stipulated protective order, records of the San Francisco Police Department and Office of Citizen Complaint (a) concerning Sanders and Hendrix; and (b) relating to any acts of evidence suppression or fabrication and/or witness tampering taking place within the time frame set by Magistrate Judge Chen in this action of five years prior to the commencement of the Shannon murder investigation to five years after the close of the prosecution, or 1984 through 1996. Further, Defendants have requested that Plaintiffs produce confidential records of the State of California and various of its agencies that relate to Plaintiffs' imprisonment. The records described in this paragraph are hereinafter referred to as "CONFIDENTIAL INFORMATION."

The Court recently ordered the City to produce certain Management Control Division ("MCD") files for Defendant Earl Sanders, and the City complied with that order. MCD files, like OCC files, consist of complaints to the police department about the conduct of an officer, and like OCC files, the City treats MCD files as confidential personnel files. The parties agree to include MCD files under the terms of the January 13, 2005, protective order.

# STIPULATION

The parties agree and stipulate, subject to the Court's approval, that paragraph 2 of the January 13, 2005, confidentiality protective order be amended as follows:

> 2. Defendants agreed to produce, subject to a stipulated protective order, records of the San Francisco Police Department and Office of Citizen Complaint (a) concerning Sanders and Hendrix; and (b) relating to any acts of evidence suppression or fabrication and/or witness tampering taking place within the time frame set by Magistrate Judge Chen in this action of five years prior to the commencement of the Shannon murder investigation to five years after the close of the prosecution, or 1984 through 1996. Further, Defendants have requested that Plaintiffs produce confidential records of the State of California and various of its agencies that relate to Plaintiffs' imprisonment. The records described in this paragraph are hereinafter referred to as "CONFIDENTIAL INFORMATION." "CONFIDENTIAL INFORMATION" also shall include records from the San Francisco Police Department's Management Control Division, including without limitation the following documents already produced by the City: SFPD 1928 through SFPD 2240. Nothing in this Stipulation shall restrict any party from requesting that the Court declare that any document produced under this Protective Order as

1  "CONFIDENTIAL INFORMATION" lose such protection and be used in
   open court, including (but not limited to) at any motion hearing or at trial.

2

3  Dated: 8/19/05

4
5                                      DENNIS J. HERRERA
                                       City Attorney
6                                      JOANNE HOEPER
                                       Chief Trial Deputy
7                                      EVAN H. ACKIRON
                                       SCOTT D. WIENER
8                                      SHERRI SOKELAND KAISER
                                       Deputy City Attorney
9
10 By: /s/
                                       SCOTT D. WIENER
11                                     Attorneys for Defendants
                                       CITY AND COUNTY OF SAN FRANCISCO and
12                                     GEORGE BUTTERWORTH

13
14
15
16
17 Dated: 8/19/05

18
                                       JAMES QUADRA, ESQ.
19                                     MOSCONE, EMBLIDGE & QUADRA, LLP

20 By: James Quadra/SDW
21                                     JAMES QUADRA
                                       Attorneys for Defendants EARL SANDERS and
22                                     NAPOLEON HENDRIX

23 Dated: 8/12/05
24
                                       ETHAN BALOGH, ESQ.
25                                     KEKER & VAN NEST LLP
26
   By: /s/
27                                     ETHAN BALOGH
                                       Attorneys for Plaintiff JOHN TENNISON
28

Tennison v. CCSF, et al.        3       C:\Documents and Settings\esh\Local Settings\Temporary Internet Files\OLK4\00325129.DOC
Case No. C04-0574

JOHN HOUSTON SCOTT, ESQ.
THE SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT
Attorneys for Plaintiff ANTOINE GOFF

### ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that the Court's January 13, 2005, confidentiality protective order is modified pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: August 23, 2005



THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
Judge Edward M. Chen

*Tennison v. CCSF, et al.*
Case No. C04-0574

4