DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6TH Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>         Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>         Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR *MONELL*-BASED SUMMARY JUDGMENT MOTION** |

**RECITAL**

The parties agree that there is good cause to postpone by four weeks the briefing and hearing schedule for the upcoming *Monell*-based summary judgment motion to allow the City to depose new witnesses and investigate new facts recently discovered by Tennison and disclosed for the first time to the City in Tennison's supplemental interrogatory responses served on August 15, 2005. The parties request that the Court adopt this stipulation as an order.

**STIPULATION**

The parties stipulate to the following modified deadlines:

| | |
|---|---|
| Hearing on *Monell*-based motion for summary judgment | October 28, 2005 |
| Opening brief due | September 16, 2005 |
| Opposition brief due | September 30, 2005 |
| Reply brief, if any, due | October 7, 2005 |

The parties further stipulate that they will not seek a stay of any *Monell*-based motion in the event that the summary judgment motions heard on August 12, 2005, are decided and appealed before any *Monell*-based motion is heard on October 28, 2005, and decided. Instead, in the interests of economy, the parties stipulate that they will endeavor to ensure that all summary judgment motions scheduled to be heard on August 12 and October 28, 2005 are subject to the same schedule on appeal.

Dated: August 22, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SHERRI SOKELAND KAISER
Deputy City Attorney

By: /s/ Sherri Sokeland Kaiser
SHERRI SOKELAND KAISER
Attorneys for Defendants
CCSF AND GEORGE BUTTERWORTH

1  Dated: _____

2
3              JAMES QUADRA, ESQ.
               MOSCONE, EMBLIDGE & QUADRA, LLP

4              By:_____
5              JAMES QUADRA
               Attorneys for Defendants EARL SANDERS and
6              NAPOLEON HENDRIX

7  Dated:  8-22-05

8              DANIEL PURCELL, ESQ.
9              KEKER & VAN NEST, LLP

10             By:_____
11             DANIEL PURCELL
               Attorneys for Plaintiff JOHN TENNISON
12

13
14 Dated: _____

15             JOHN HOUSTON SCOTT, ESQ.
               THE SCOTT LAW FIRM
16
17             By:_____
               JOHN HOUSTON SCOTT
18             Attorneys for Plaintiff ANTOINE GOFF

19
                        **ORDER**
20
21    It is HEREBY ORDERED that the Court's case management deadlines are modified

22 pursuant to the terms of the foregoing stipulation.

23    IT IS SO ORDERED.

24
25 Dated: _____         _____
                            THE HONORABLE CLAUDIA WILKEN
26                          UNITED STATES DISTRICT JUDGE

27
28

*Stipulation & Proposed Order Extending Briefing Schedule*        3
*Tennison v. CCSF, et al.*; Case No. C04-0574

C:\Documents and Settings\dep\Local Settings\Temporary Internet Files\OLK4\newstip.doc

Dated: _____

                JAMES QUADRA, ESQ.
                MOSCONE, EMBLIDGE & QUADRA, LLP

                By:_____
                JAMES QUADRA
                Attorneys for Defendants EARL SANDERS and NAPOLEON HENDRIX

Dated: _____

                DANIEL PURCELL, ESQ.
                KEKER & VAN NEST, LLP

                By:_____
                DANIEL PURCELL
                Attorneys for Plaintiff JOHN TENNISON

Dated: 8/22/05

                JOHN HOUSTON SCOTT, ESQ.
                THE SCOTT LAW FIRM

                By: /s/ John Houston Scott
                JOHN HOUSTON SCOTT
                Attorneys for Plaintiff ANTOINE GOFF

## ORDER

It is HEREBY ORDERED that the Court's case management deadlines are modified pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: _____

                THE HONORABLE CLAUDIA WILKEN
                UNITED STATES DISTRICT JUDGE

1  Dated: 8/23/05

JAMES QUADRA, ESQ.
MOSCONE, EMBLIDGE & QUADRA, LLP

By: /s/ James Quadra
JAMES QUADRA
Attorneys for Defendants EARL SANDERS and
NAPOLEON HENDRIX

7  Dated: _____

DANIEL PURCELL, ESQ.
KEKER & VAN NEST, LLP

By:_____
DANIEL PURCELL
Attorneys for Plaintiff JOHN TENNISON

13  Dated: _____

JOHN HOUSTON SCOTT, ESQ.
THE SCOTT LAW FIRM

By:_____
JOHN HOUSTON SCOTT
Attorneys for Plaintiff ANTOINE GOFF

### ORDER

It is HEREBY ORDERED that the Court's case management deadlines are modified pursuant to the terms of the foregoing stipulation.   The FCMC is also continued to 10/28/05.

IT IS SO ORDERED.

Dated: 8/24/05

/s/ CLAUDIA WILKEN
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

*Stipulation & Proposed Order Extending Briefing Schedule*
*Tennison v. CCSF, et al.; Case No. C04-0574*                    3