UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-04-0574 CW (EMC)<br><br>**ORDER RE HEARING ON JOINT LETTER OF AUGUST 26, 2005**<br>**(Docket No. 361)** |

    The parties filed a joint letter on August 26, 2005, addressing two discovery disputes. A hearing on these discovery disputes shall be conducted on Friday, September 2, 2005, at 11:00 a.m. The City is directed to secure the attendance of an authorized representative of the District Attorney to be present at the hearing. Such representative shall be prepared to address the District Attorney's position regarding the District Attorney files which are discussed in the parties' joint letter.

    IT IS SO ORDERED.

Dated: August 30, 2005

                                                      EDWARD M. CHEN<br>
                                                      United States Magistrate Judge