**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN TENNISON,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.
_____/

No. C-04-0574 CW (EMC)

**ORDER RE HEARING ON JOINT LETTER OF AUGUST 26, 2005 (Docket No. 361)**

Counsel for the City filed a letter on August 30, 2005, asking that the hearing scheduled before the Court on September 2, 2005 (to address the discovery disputes raised in the parties' joint letter of August 26, 2005), be moved to a different date. *See* Docket No. 363 (letter, filed on 8/30/05). The Court hereby vacates the hearing on September 2, 2005, and reschedules the hearing to September 7, 2005, at 10:30 a.m.

IT IS SO ORDERED.

Dated: August 31, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge