UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-04-0574 CW (EMC)<br><br>**ORDER RE BRIEFING SCHEDULE AND HEARING ON DISTRICT ATTORNEY'S MOTION TO QUASH** |

    As discussed at the hearing on September 7, 2005, Plaintiff John Tennison shall serve a subpoena today on third party the District Attorney's office. The District Attorney shall file its motion to quash by September 12, 2005, at 5:00 p.m. (A courtesy copy of the motion should be faxed to chambers at (415) 522-4200 by 5:00 p.m. if the District Attorney is not able to e-file by that time.) Mr. Tennison shall file his opposition to the motion by September 14, 2005, at 5:00 p.m.

    The Court shall hold a hearing on the motion to quash on September 16, 2005, at 2:00 p.m.

    Mr. Tennison is directed to serve a copy of this order on the District Attorney immediately.

    IT IS SO ORDERED.

Dated: September 7, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge