1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  ETHAN A. BALOGH - #172224
   DANIEL PURCELL - #191424
3  STEVEN P. RAGLAND - #221076
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff
   JOHN TENNISON
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN TENNISON,                              | Case No. C 04-00574 CW (EMC)
12 |                              Plaintiff,     | **EXHIBIT 1 TO DECLARATION OF DANIEL E. PURCELL IN SUPPORT OF JOHN TENNISON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON MUNICIPAL LIABILITY**
13 |      v.                                     |
14 | CITY AND COUNTY OF                          |
   | SAN FRANCISCO; SAN FRANCISCO                |
15 | POLICE DEPARTMENT; PRENTICE EARL            |
   | SANDERS; NAPOLEON HENDRIX; and              |
16 | GEORGE BUTTERWORTH,                         | Date:       October 28, 2005
   |                                             | Time:       10:00 a.m.
17 |                              Defendants.    | Courtroom:  2
   |                                             | Judge:      The Hon. Claudia Wilken

18

---

359042.01

EXHIBIT 1 TO JOHN TENNISON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON MUNICIPAL LIABILITY
Case No. C 04-00574 CW

# Memorandum

San Francisco Police Department

To: Lieutenant Gerald J. McCarthy
OIC - Homicide Section

From: Inspector Prentice E. Sanders, #901
Inspector Napoleon L. Hendrix, #1101

Date: October 4, 1989

Subj: SECRET WITNESS PROGRAM
Victim: Roderick E. Shannon
Case No. 891-092-371

APPROVED YES NO

At approximately 0205 hours on August 19, 1989, Roderick E. Shannon was severely beaten by a group of young Negro males, believed to be "gang" types. As the victim lay on the ground, begging for his life, he was shot execution style.

Based on information obtained through investigation, this appears to be a "gang related murder", growing out of the continuing rivalry between Hunters Point and Sunnydale youths.

The victim in this case was <u>mistakenly</u> identified as a member of the Sunnydale group.

In order to encourage witnesses to come forward, we request a reward of $2,500.00 from the Secret Witness Program. We feel this reward will generate information that will lead to the arrest and conviction of the perpetrator(s) of this homicide.

Δ π EXHIBIT
Deponent_____
Date_____Rptr._____
WWW.DEPOBOOK.COM

SFPD 00026

SFPD-68(7/84)

# Memorandum

San Francisco Police Department

| | | APPROVED | YES | NO |
|---|---|---|---|---|
| To: | Lieutenant Gerald J. McCarthy<br>OIC - Homicide Section | [signature] | ☑ | ☐ |
| From: | Inspector Prentice E. Sanders, #901<br>Inspector Napoleon L. Hendrix, #1101 | | ☐ | ☐ |
| Date: | October 4, 1989 | | ☐ | ☐ |
| Subj: | SECRET WITNESS PROGRAM<br>Victim: Roderick E. Shannon<br>Case No. 891-092-371 | | | |

At approximately 0205 hours on August 19, 1989, Roderick E. Shannon was severely beaten by a group of young Negro males, believed to be "gang" types. As the victim lay on the ground, begging for his life, he was shot execution style.

Based on information obtained through investigation, this appears to be a "gang related murder", growing out of the continuing rivalry between Hunters Point and Sunnydale youths.

The victim in this case was <u>mistakenly</u> identified as a member of the Sunnydale group.

In order to encourage witnesses to come forward, we request a reward of $2,500.00 from the Secret Witness Program. We feel this reward will generate information that will lead to the arrest and conviction of the perpetrator(s) of this homicide.

SFPD 00028

**ROUTING AND TRANSMITTAL SLIP**

| | | | |
|---|---|---|---|
| 1 TO | H. McCarthy | | FOR ACTION |
| (UNIT) | Homicide Section | | FOR RECOMMENDATION |
| 2 TO | Hendrix & Sanders | | FOR APPROVAL / AS REQUESTED |
| (UNIT) | For your file | | NOTE & FORWARD / FOR INFORMATION |
| 3 TO | | | NOTE & RETURN / PER CONVERSATION |
| (UNIT) | | | CONFER |
| 4 TO | | | FOR SIGNATURE / COORDINATE |
| (UNIT) | | | INVESTIGATE & REPORT / FOR COMPLIANCE / REPLY IN MY NAME |

Jerry
Per Mary Petrie, this request has been taken care of and the reward is in place.

FROM: Larry Minnissian, Community Services

SFPD 39 (7/72)

**SAN FRANCISCO POLICE DEPARTMENT**

---

Memorandum

APPROVED  YES  NO

:k E. Shannon was
'ed to be "gang"
s life, he was

s appears to be
ivalry between

mber of the

t a reward of
eward will
iction of the