KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
ETHAN A. BALOGH - #172224
DANIEL PURCELL - #191424
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>                              Plaintiff,<br><br>        v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO; SAN FRANCISCO<br>POLICE DEPARTMENT; PRENTICE EARL<br>SANDERS; NAPOLEON HENDRIX; and<br>GEORGE BUTTERWORTH,<br><br>                              Defendants. | Case No. C 04-00574 CW (EMC)<br><br>**EXHIBIT 23 TO DECLARATION OF DANIEL E. PURCELL IN SUPPORT OF JOHN TENNISON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON MUNICIPAL LIABILITY**<br><br>Date:            October 28, 2005<br>Time:            10:00 a.m.<br>Courtroom:   2<br>Judge:          The Hon. Claudia Wilken |

359042.01

EXHIBIT 23 TO JOHN TENNISON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON MUNICIPAL LIABILITY
Case No. C 04-00574 CW

```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOHN TENNISON,<br>    v.<br>C&C OF SAN FRANCISCO, | No. C 04-00574 CW |
| GOFF<br>    v.<br>C&c OF SAN FRANCICO.         / | No. C-04-01643 CW<br><u>MINUTE ORDER AND<br>CASE MANAGEMENT<br>ORDER</u> |

Clerk: Sheilah Cahill        Reporter: Starr Wilson, pro tem
Plaintiff Attorney: Ethan Balogh; Daniel Purcell; John Houston Scott
Defendant Attorney: James Quadra; Evan Ackiron

   A case management conference was held on: <u>8/27/04</u>. The Case Management Statement and Proposed Order filed by the parties is hereby adopted by the Court as the Case Management Order for the case, except as may be noted below.

The case is hereby referred to the following ADR process:
Non-binding Arbitration:     ( )    Early Neutral Evaluation:  ( X )
Court-connected mediation:   ( )       Private mediation:      ( )
Magistrate Judge settlement conference:  ( )
ADR session to be held by:                                  (11/27/04)
(or as soon thereafter as is convenient to the mediator's schedule)

Deadline to add additional parties or claims:               (08/27/04)
Date of next case management conference:                    (04/15/05)

Completion of Fact Discovery re liability:                  (02/28/05)
Disclosure of identities and reports of expert witnesses:   (05/02/05)
Completion of Expert Discovery re liability:                (06/02/05)

All case-dispositive motions to be heard at 10:00 AM
     on or before:                                          (not set)
Final Pretrial Conference at 1:30 P.M. on:                  (not set)
A day Trial will begin at 8:30 A.M. on:                     (not set)

Additional Matters: **Cases consolidated.** *Monell* discovery delayed until February 2005; cutoff 6/2/05. Defendant Butterworth may make early "absolute immunity" motion and notice it for 10/22/04; plaintiff can make Rule 56(f) response. **Parties to file cross-motions re liability and immunity on six week schedule and notice for hearing on 4/15/05 at 10:00 a.m.** Plt. to file opening brief re

|   |   |
|---|---|
| 1 | liability; dft. to file cross-mo. re non-liability/qualified or absolute immunity two weeks later; plt. reply/oppo. due one week thereafter; dft. surreply due one week later. Court stays personal finance discovery until further notice unless agreed upon or counsel may apply to the Court. |

1  liability; dft. to file cross-mo. re non-liability/qualified or
2  absolute immunity two weeks later; plt. reply/oppo. due one week
   thereafter; dft. surreply due one week later.  Court stays personal
3  finance discovery until further notice unless agreed upon or
   counsel may apply to the Court.

4       IT IS SO ORDERED.

5  Dated: 9/3/04                    /s/ CLAUDIA WILKEN
                                    CLAUDIA WILKEN
6                                   United States District Judge

7

8  Copies to:   Chambers; ADR

<u>NOTICE</u>

Criminal Law and Motion calendar is conducted on Mondays at 2:00 p.m.(in custody) and 2:30 p.m. (not in custody). Civil Law and Motion calendar is conducted on Fridays at 10:00 a.m. Case Management Conferences and Pretrial Conferences are conducted on Fridays at 1:30 p.m. Order of call is determined by the Court. Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment: All issues shall be contained within one motion and shall conform with Civil L.R. 7-2. Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court. (<u>See</u> Civil Local Rule 56-2(a)). All briefing on motions for summary judgment must be included in the memoranda of points and authorities in support of, opposition to, or reply to the motion, and must comply with the page limits of Civil Local Rule 7-4. The memoranda should include a statement of facts supported by citations to the declarations filed with respect to the motion. Cross or counter-motions shall be contained within the opposition to any motion for summary judgment and shall conform with Civil L.R. 7-3. The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a surreply to the cross or counter-motion.

All DISCOVERY MOTIONS are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

In all "E-Filing" cases when filing papers in connection with any motion for determination by the judge, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. **These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the judge's name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.**

(rev. 6/21/04)