1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   STEVEN P. RAGLAND - #221076
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  JOHN TENNISON

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   JOHN TENNISON,                          Case No. C 04-00574 CW
11
                          Plaintiff,       Consolidated with
12                                         Case No. C 04-01643 CW
          v.
13                                         **ORDER GRANTING STIPULATION
   CITY AND COUNTY OF                      AND PROPOSED SCHEDULE FOR
14 SAN FRANCISCO; SAN FRANCISCO            DEPOSITIONS, TENNISON'S
   POLICE DEPARTMENT; PRENTICE EARL        SURREPLY, AND A NEW HEARING
15 SANDERS; NAPOLEON HENDRIX; and          DATE**
   GEORGE BUTTERWORTH,
16
                          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

**RECITAL**

On October 27, 2005, this Court vacated the October 28, 2005 hearing on the motions regarding summary judgment on municipal liability and granted Tennison's request for additional depositions and to file a surreply. The Court ordered the parties to submit a proposed schedule for the depositions, the filing of the surreply, and a new hearing date.

**STIPULATION**

Having met and conferred, the parties agree to the following proposal:

1. The depositions will be completed on or before December 6, 2005.
2. Tennison will file his Surreply on December 20, 2005.
3. The hearing on the motions for summary judgment on municipal liability will be rescheduled for 10:00 a.m. on Friday, January 20, 2006. A case management conference will follow the motions hearing.

Dated: November 14, 2005                    KEKER & VAN NEST, LLP

                                            By:  /s/ Steven P. Ragland
                                            STEVEN P. RAGLAND
                                            Attorneys for Plaintiff
                                            JOHN TENNISON

Dated: November 14, 2005                    MOSCONE, EMBLIDGE & QUADRA, LLP

                                            By:  /s/ James A. Quadra
                                            JAMES A. QUADRA
                                            Attorneys for Defendants
                                            PRENTICE EARL SANDERS and
                                            NAPOLEON HENDRIX

Dated: November 14, 2005                    DENNIS J. HERRERA, City Attorney
                                            EVAN A. ACKIRON, Deputy City Attorney
                                            SHERRI SOKELAND KAISER, Deputy City
                                            Attorney


                                            By:  /s/ Sherri Sokeland Kaiser
                                            SHERRI SOKELAND KAISER
                                            Attorney for Defendants
                                            GEORGE BUTTERWORTH and
                                            CITY AND COUNTY OF SAN FRANCISCO

1  Dated: November 14, 2005           THE SCOTT LAW FIRM

3                                      By: /s/ John Houston Scott
                                           JOHN HOUSTON SCOTT
4                                          Attorneys for Plaintiff
                                           ANTOINE GOFF

### ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that the parties' proposed schedule regarding depositions and Tennison's Surreply is adopted and the Court will hear argument on the pending motions for summary judgment regarding municipal liability on **January 20, 2006, at 10:00 a.m**. A case management conference will follow the motions hearing.

IT IS SO ORDERED.

Dated: 11/16/05_____

_____                         /s/ CLAUDIA WILKEN

                                 _____
                                 THE HONORABLE CLAUDIA WILKEN
                                 UNITED STATES DISTRICT JUDGE