1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   STEVEN P. RAGLAND - #221076
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  JOHN TENNISON

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   JOHN TENNISON,                          Case No. C 04-00574 CW
11
                       Plaintiff,          Consolidated with
12                                         Case No. C 04-01643 CW
          v.
13                                         **ORDER GRANTING LOCAL RULE 6-2
   CITY AND COUNTY OF                      STIPULATION TO SHORTEN TIME
14 SAN FRANCISCO; SAN FRANCISCO            AND PROPOSED SCHEDULE FOR
   POLICE DEPARTMENT; PRENTICE EARL        HEARING ON TENNISON'S MOTION
15 SANDERS; NAPOLEON HENDRIX; and          FOR CLARIFICATION OF COURT'S
   GEORGE BUTTERWORTH,                     OCTOBER 27, 2005 ORDER**
16
                       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to N.D. Cal. Local Rule 6-2, Tennison and the City hereby present the following
2  Stipulated Request for Order Changing Time.

## I. BACKGROUND

On October 27, 2005, this Court granted Tennison's request for depositions of five witnesses, including Frank Jordan, and directed that "[t]he scope of the depositions shall be limited to issues raised in the deponents' reply declarations."[1]

On November 16, 2005, Tennison deposed Frank Jordan pursuant to the Court's Order. During the course of the deposition, a dispute arose between Tennison and the City regarding the scope of this Court's October 27th Order and counsel for the City instructed Mr. Jordan not to answer certain questions and lines of inquiry, primarily on the basis that they were outside the scope of that Order. Tennison attempted, without success, to reach this Court and to reach Magistrate Judge Edward M. Chen during the course of the Jordan deposition to resolve this matter without motion practice.

## II. REASONS FOR THE REQUESTED SHORTENING OF TIME

WHEREAS, additional depositions pursuant to the Court's October 27th Order are scheduled for November 22nd, November 29th, and December 6, 2005;

WHEREAS, clarification of the Court's October 27th will assist the parties in determining the appropriate scope of questioning in future depositions;

WHEREAS, absent an additional postponement, Tennison must file his Surreply regarding summary judgment by December 20, 2005;

WHEREAS, argument on the *Monell* summary judgment motions is scheduled for January 20, 2005;

WHEREAS, the parties agree that expedited resolution of this dispute is in the best interest of both parties; and

WHEREAS, the parties have met and conferred;

---

[1] Docket No. 448 (10/27/05 Order Denying Tennison's Motion to Strike; Granting Tennison's Request for Depositions and Surreply; And Vacating October 28 Hearing).

IT IS HEREBY AGREED THAT:

1. Tennison will file his Motion for Clarification of Court Order on November 18, 2005.

2. The City will file its Response to Tennison's Motion by November 23, 2005.

3. Tennison waives Reply.

4. The Court will hear argument, if necessary, on Tennison's motion at 10:00 a.m. on Friday, December 9, 2005.

### III.   PREVIOUS TIME MODIFICATIONS IN THIS CASE

The Court has previously granted the following time modifications in this case:

- November 30, 2004 Order Granting Stipulation Extending Deadline to Conduct Early Neutral Evaluation (Civil Docket Sheet No. 45);

- January 19, 2005 Order Granting Stipulation Extending Case Management Deadlines (Civil Docket Sheet No. 71);

- April 18, 2005 Stipulation and Order Extending the Deadline for Expert Disclosure and Discovery (Civil Docket Sheet No. 125);

- May 3, 2005 Order Granting in Part Stipulation (regarding deadlines and page limits for summary judgment briefs) (Civil Docket Sheet No. 136);

- June 14, 2005 Stipulation and Order Extending Schedule for *Monell*-Based Summary Judgment Motions (Civil Docket Sheet No. 233);

- June 21, 2005 Stipulation and Order Continuing Hearing on Plaintiff John Tennison's Motion to Compel (Civil Docket Sheet No. 256);

- August 9, 2005 Stipulation and Order Extending Briefing Schedule for *Monell*-Based Summary Judgment Motions by One Week (Civil Docket Sheet No. 341);

- August 18, 2005 Stipulation and Proposed Order Extending Briefing Schedule for *Monell*-Based Summary Judgment Motion by Four Weeks (Civil Docket Sheet No. 354);

- August 24, 2005 Stipulation and Order Extending Briefing and Hearing Schedule for *Monell*-Based Summary Judgment Motion (Civil Docket Sheet No. 357);

- October 27, 2005 Order Denying Tennison's Motion to Strike; Granting Tennison's Request for Depositions and Surreply; and Vacating October 28 Hearing (Civil Docket Sheet No. 448); and

- November 16, 2005 Order Granting Stipulation and Proposed Schedule for Depositions, Tennison's Surreply, and a New Hearing Date (Civil Docket Sheet No. 459).

### IV. EFFECT REQUESTED MODIFICATION WILL HAVE ON PENDING SUMMARY JUDGMENT SCHEDULE

Expedited resolution of the current dispute will help preserve the current schedule for final *Monell* summary judgment briefing and the motions hearing. Tennison's Surreply regarding summary judgment on municipal liability is currently due December 20, 2005, and a hearing on the *Monell* summary judgment motions is scheduled for January 20, 2006. Absent expedited resolution of the current dispute, this schedule may need to be delayed.

Dated: November 18, 2005                    KEKER & VAN NEST, LLP


By: /s/ Steven P. Ragland
    STEVEN P. RAGLAND
    Attorneys for Plaintiff
    JOHN TENNISON

Dated: November 18, 2005                    DENNIS J. HERRERA, City Attorney
                                            EVAN A. ACKIRON, Deputy City Attorney
                                            SCOTT WIENER, Deputy City Attorney


By: /s/ Scott Wiener
    SCOTT WIENER
    Attorney for Defendants
    GEORGE BUTTERWORTH and
    CITY AND COUNTY OF SAN FRANCISCO

1 **ORDER**

2  GOOD CAUSE APPEARING, it is HEREBY ORDERED that the parties' proposed

3 briefing schedule regarding Tennison's Motion for Clarification of Court Order is adopted:

4  1.  Tennison's Motion for Clarification of Court Order will be filed on

5  November 18, 2005.

6  2.  The City's Response to Tennison's Motion is due November 23, 2005.

7  3.  No Reply will be filed.

8  4.  The Court **will rule on the papers.**

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11 Dated:
11/22/05 _____

12  ____   /s/ CLAUDIA WILKEN

13

14  _____
THE HONORABLE CLAUDIA WILKEN
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28