1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   STEVEN P. RAGLAND - #221076
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  JOHN TENNISON

7
                  UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 JOHN TENNISON,                               Case No. C 04-00574 CW

12                       Plaintiff,             Consolidated with
                                                Case No. C 04-01643 CW
           v.
13
                                                **ORDER GRANTING STIPULATION
   CITY AND COUNTY OF                           AND SCHEDULE FOR CONTINUED
14 SAN FRANCISCO; SAN FRANCISCO                 JORDAN DEPOSITION, TENNISON'S
   POLICE DEPARTMENT; PRENTICE EARL             SURREPLY, AND A NEW HEARING
15 SANDERS; NAPOLEON HENDRIX; and               DATE**
   GEORGE BUTTERWORTH,
16
                         Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND PROPOSED SCHEDULE FOR CONTINUED JORDAN DEPOSITION,
TENNISON'S SURREPLY, AND A NEW HEARING DATE
Case No. C 04-00574 CW

363669.02

**RECITAL**

On October 27, 2005, this Court granted Tennison's request to take additional depositions and to file a surreply regarding the pending summary judgment motions regarding municipal liability. On November 16, 2005, this Court granted the parties' stipulated schedule for these depositions and the surreply and set a hearing on the motions for January 20, 2006 at 10:00 a.m. During the course of Frank Jordan's deposition taken pursuant to the November 16th Order, a dispute arose as to the scope of permissible testimony. Following briefing by Tennison and the City, on November 28, 2005, this Court entered an Order Denying Tennison's Motion for Clarification of the Court's October 27, 2005 Order and Instructing Defendant to Allow Additional Questioning.

The City informed Tennison that Frank Jordan is not available for additional questioning until early January 2006 and the parties met and conferred and agreed to the following revised schedule.

**STIPULATION**

Having met and conferred, the parties agree to the following proposal:

1. The continuation of Frank Jordan's deposition will be on January 5, 2006.
2. Tennison will file his Surreply on January 13, 2006.
3. The hearing on the motions for summary judgment on municipal liability will be rescheduled for 10:00 a.m. on Friday, February 3, 2006. A case management conference will follow the motions hearing.

Dated: December 13, 2005                    KEKER & VAN NEST, LLP

                                            By: /s/ Steven P. Ragland
                                                STEVEN P. RAGLAND
                                                Attorneys for Plaintiff
                                                JOHN TENNISON

1
STIPULATION AND PROPOSED SCHEDULE FOR CONTINUED JORDAN DEPOSITION,
TENNISON'S SURREPLY, AND A NEW HEARING DATE
Case No. C 04-00574 CW

363669.02

| | | |
|---|---|---|
| 1 | Dated: December 13, 2005 | MOSCONE, EMBLIDGE & QUADRA, LLP |
| 2 | | |
| 3 | | By: /s/ James A. Quadra |
| | | JAMES A. QUADRA |
| 4 | | Attorneys for Defendants |
| | | PRENTICE EARL SANDERS and |
| 5 | | NAPOLEON HENDRIX |
| 6 | Dated: December 13, 2005 | DENNIS J. HERRERA, City Attorney |
| | | SCOTT WIENER, Deputy City Attorney |
| 7 | | SHERRI SOKELAND KAISER, Deputy City Attorney |
| 8 | | |
| 9 | | By: /s/ Sherri Sokeland Kaiser |
| | | SHERRI SOKELAND KAISER |
| 10 | | Attorney for Defendants |
| | | GEORGE BUTTERWORTH and |
| 11 | | CITY AND COUNTY OF SAN FRANCISCO |
| 12 | Dated: December 13, 2005 | THE SCOTT LAW FIRM |
| 13 | | |
| 14 | | By: /s/ John Houston Scott |
| | | JOHN HOUSTON SCOTT |
| 15 | | Attorneys for Plaintiff |
| | | ANTOINE GOFF |

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

STIPULATION AND PROPOSED SCHEDULE FOR CONTINUED JORDAN DEPOSITION,
TENNISON'S SURREPLY, AND A NEW HEARING DATE
Case No. C 04-00574 CW

363669.02

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE appearing, it is HEREBY ORDERED that the parties' proposed schedule |
| 3 | regarding depositions and Tennison's surreply is adopted and the Court will hear argument on |
| 4 | the pending motions for summary judgment regarding municipal liability on **February 3, 2006,** |
| 5 | **@ 10:00 a.m**.  A case management conference will follow the motions hearing. |
| 6 | IT IS SO ORDERED. |
| 7 |   |
| 8 | Dated:  12/15/05 |
| 9 | _____      /s/ CLAUDIA WILKEN |
| 10 |   |
| 11 |   |
| 12 | _____<br>THE HONORABLE CLAUDIA WILKEN<br>UNITED STATES DISTRICT JUDGE |

3
STIPULATION AND PROPOSED SCHEDULE FOR CONTINUED JORDAN DEPOSITION,
TENNISON'S SURREPLY, AND A NEW HEARING DATE
Case No. C 04-00574 CW

363669.02