DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3800
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>            Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>            Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Tennison v. CCSF, et al.
Case No. C04-0574

1

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00401811.DOC

## RECITAL

This Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m.  The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of summary judgment motions to certain defendants] by October 6, 2006, the parties can stipulate to continue the Case Management Conference."  Document 503 at 2.

No decision has yet been made by the Ninth Circuit.  Under the current briefing schedule for consolidated appeal Nos. 06-15260 and 06-15426, appellees' answering briefs are due December 18, 2006, and appellants' reply briefs are due March 5, 2007.  The parties anticipate that the Ninth Circuit will hand down a decision no sooner than three months after briefing is complete.

The parties therefore request that this Court continue the October 6, 2006 further case management conference to June 8, 2007, at 1:30 p.m..  Should the Ninth Circuit dispose of the appeal before that date, the parties will notify the Court so that the further case management conference may be advanced.

## STIPULATION

For the foregoing reason, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from October 6, 2006, at 1:30 p.m., to June 8, 2007 at 1:30 p.m.

Dated:  September 28, 2006

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        CHRISTINE VAN AKEN
        Deputy City Attorney

        By:_____/s/_____
        CHRISTINE VAN AKEN
        Attorneys for Defendants
        CCSF AND GEORGE BUTTERWORTH

Dated:  September 25, 2006

                         JAMES QUADRA, ESQ.
                         MOSCONE, EMBLIDGE & QUADRA, LLP

                         By: _____/s/_____
                              JAMES QUADRA*
                              Attorneys for Defendants EARL SANDERS and
                              NAPOLEON HENDRIX

Dated:  September 27, 2006

                         ELLIOT R. PETERS, ESQ.
                         KEKER & VAN NEST, LLP

                         By: _____/s/_____
                              ELLIOT R. PETERS*
                              Attorneys for Plaintiff JOHN TENNISON

Dated:  September 28, 2006

                         JOHN HOUSTON SCOTT, ESQ.
                         THE SCOTT LAW FIRM

                         By: _____/s/_____
                              JOHN HOUSTON SCOTT*
                              Attorneys for Plaintiff ANTOINE GOFF

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

**ORDER**

    GOOD CAUSE appearing, it is HEREBY ORDERED that the further case management conference in this matter is continued pursuant to the terms of the foregoing stipulation.

    IT IS SO ORDERED.

Dated:  10/2/06

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE