| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
| | STEVEN P. RAGLAND - #221076 |
| 3 | KHARI J. TILLERY - #215669 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Proposed Intervenor |
| | CARAMAD CONLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON, | Case No. C 04-00574 CW (EMC) |
| Plaintiff, | Consolidated with |
| | Case No. C 04-01643 CW (EMC) |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH, | **JOINT STIPULATION REQUESTING SHORTENED BRIEFING SCHEDULE AND EXPEDITED HEARING DATE; [PROPOSED] ORDER GRANTING SAME** |
| Defendants. | Date: TBD |
| | Time: TBD |
| | Courtroom: 2 c |
| | Judge: ~~The Honorable Claudia Wilken~~ |
| | Magistrate Judge Edward M. Chen |

---

JOINT STIPULATION REQUESTING SHORTENED BRIEFING SCHEDULE AND EXPEDITED HEARING;
[PROPOSED] ORDER GRANTING SAME
Case No. C 04-00574 CW (EMC)

382232.01

**RECITAL**

Caramad Conley is filing a motion for permissive intervention in this case and to modify the protective order in this case. Conley and the potentially adverse party, the City and County of San Francisco ("the City") have met and conferred and have agreed to present the motion to United States Magistrate Judge Edward M. Chen for resolution on shortened time, and have agreed to a briefing schedule and provisional hearing date.

**STIPULATION**

Having met and conferred, the parties agree to the following proposal:

1. Conley will file his motion on Thursday, October 12, 2006;

2. The City will file its opposition, if any, by Friday, October 20, 2006; and

3. The parties jointly ask the Court to set a hearing date of Wednesday, October 25, 2006, or during the morning of Thursday, October 26, 2006, or, if neither of those dates are available, the parties request the earliest possible hearing date during the week of October 30, 2006.

Dated: October 12, 2006            KEKER & VAN NEST, LLP

                                   By: /s/ Daniel Purcell
                                       DANIEL PURCELL
                                       Attorneys for Proposed Intervenor
                                       CARAMAD CONLEY

Dated: October 12, 2006            DENNIS J. HERRERA, City Attorney
                                   SCOTT WIENER, Deputy City Attorney


                                   By: /s/ Scott Wiener
                                       SCOTT WIENER
                                       Attorney for Defendant
                                       CITY AND COUNTY OF SAN FRANCISCO

1
JOINT STIPULATION REQUESTING SHORTENED BRIEFING SCHEDULE AND EXPEDITED HEARING;
[PROPOSED] ORDER GRANTING SAME
Case No. C 04-00574 CW (EMC)

382232.01

**[PROPOSED] ORDER**

Based on the stipulation of the parties, the Court hereby ORDERS that:

1. Proposed Intervenor Caramad Conley will file his motion for permissive intervention and to modify the protective order on Thursday, October 12, 2006;

2. The City and County of San Francisco will file its opposition, if any, by Friday, October 20, 2006; and

3. Conley's motion is set for hearing on ___November 1, 2006___ at __2:30p__ .m.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 12, 2006

_____

THE HONORABLE EDWARD M. CHEN
United States District Court

*IT IS SO ORDERED — Judge Edward M. Chen*

2
JOINT STIPULATION REQUESTING SHORTENED BRIEFING SCHEDULE AND EXPEDITED HEARING;
[PROPOSED] ORDER GRANTING SAME
Case No. C 04-00574 CW (EMC)

382232.01