UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO; SAN FRANCISCO<br>POLICE DEPARTMENT; PRENTICE EARL<br>SANDERS; NAPOLEON HENDRIX; and<br>GEORGE BUTTERWORTH,<br><br>　　　　　Defendants. | Case No. C 04-00574 CW<br><br>[~~PROPOSED~~] ORDER GRANTING CARAMAD CONLEY'S MOTION TO FILE DOCUMENTS UNDER SEAL |

1    For good cause appearing, IT IS HEREBY ORDERED that Caramad Conley's
2    Memorandum of Points & Authorities in support of his Motion for Permissive Intervention and
3    to Modify Protective Order, and the Declaration of Daniel Purcell in support thereof, be filed
4    under seal.
5    IT IS SO ORDERED.

7    Dated: October __18, 2006

                                            BY; _____
                                                 HONORABLE
                                                 United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[PROPOSED] ORDER GRANTING CONLEY'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 04-00574 CW (EMC)

382224.01