1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SCOTT D. WIENER, State Bar #189266
   CHRISTINE VAN AKEN, , State Bar #241755
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6TH Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4283
   Telephone:    (415) 554-3875
7  Facsimile:    (415) 554-3837

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  AND GEORGE BUTTERWORTH

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | JOHN TENNISON,                          | Case No. C04-0574 CW (EMC)
13 |         Plaintiff,                      | [PROPOSED] ORDER GRANTING
                                              | ADMINISTRATIVE MOTION TO
14 |     vs.                                 | FILE UNDER SEAL MATERIALS
                                              | RELATED TO NON-OPPOSITION TO
15 | CITY AND COUNTY OF SAN                  | MOTION TO INTERVENE AND TO
   | FRANCISCO,SAN FRANCISCO POLICE          | MODIFY PROTECTIVE ORDER
16 | DEPARTMENT,EARL SANDERS;
   | NAPOLEON HENDRIX AND GEORGE             | Hearing Date:    November 1, 2006
17 | BUTTERWORTH,                            | Hearing Judge:   Hon. Edward Chen
                                              | Time:            2:30 p.m.
18 |         Defendants.                     | Place:           Courtroom C, 15/F.

                                              Date Action Filed: February 11, 2004
                                              Trial Date:        None Set

21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Conley: [Proposed] Order re. Underseal Filing;        1
Tennison v. CCSF, et al. - C04-0574 EDL (EMC)

# [Proposed] ORDER

The administrative motion to file documents under seal is GRANTED. Defendants may file the following items under seal:

**(1) NON-OPPOSITION TO MOTION TO INTERVENE AND TO MODIFY PROTECTIVE ORDER; AND**

**(2) DECLARATION OF SCOTT WIENER REGARDING NON-OPPOSITION TO MOTION TO INTERVENE AND TO MODIFY PROTECTIVE ORDER.**

IT IS SO ORDERED.

Dated: 10/24/06

By: _____
Honorable Edward M. Chen
United States Magistrate Judge