```
 1  KEKER & VAN NEST, LLP
    ELLIOT R. PETERS - #158708
 2  DANIEL PURCELL - #191424
    STEVEN P. RAGLAND - #221076
 3  KHARI J. TILLERY - #215669
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone: (415) 391-5400
 5  Facsimile: (415) 397-7188

 6  Attorneys for Proposed Intervenor
    CARAMAD CONLEY
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON, | Case No. C 04-00574 CW (EMC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH, | |
| Defendants. | |

382219.01

[PROPOSED] ORDER GRANTING CONLEY'S MOTION FOR PERMISSIVE INTERVENTION AND TO MODIFY PROTECTIVE ORDER
Case No. C 04-00574 CW (EMC)

1   On October 12, 2006, Caramad Conley moved to intervene in this case and to modify the
2   September 21, 2005 protective order governing the use of certain documents produced by the
3   City and County of San Francisco ("the City"). On October 20, 2006, the City filed a non-
4   opposition to Conley's motion.

5   Accordingly, Conley's motion is GRANTED. Conley is hereby permitted to intervene in
6   this case, and the Court hereby modifies the September 21, 2005 protective order to permit
7   Conley and his counsel to have access to documents produced by the City in this case that relate
8   to the People v. Conley criminal prosecution. Conley may use those documents in pursuing a
9   petition for a writ of habeas corpus. Conley's rights to use and access of this material are limited
10  by the terms of the September 21, 2005 protective order, which designates the material as "For
11  Attorney's Eyes Only."

12  Finally, in its non-opposition brief, the City requested sanctions against Conley's counsel.
13  Conley will file an opposition to the City's request by November 10, 2006. The City will file its
14  reply, if any, by November 17, 2006. The Court will hold a hearing on the sanctions request on
15  November 29, 2006 at 2:30 PM.

16  IT IS SO ORDERED.

17
18  Dated: 10/30, 2006
19
20                                          _____
                                            THE HONORABLE EDWARD M. CHEN
21                                          United States Magistrate Judge
22
23  Approved as to form:
24                  10/27/06
25  Scott D. Wiener
    Office of the City Attorney
26  Counsel for Defendant City and County of San Francisco
27
28

1
[PROPOSED] ORDER GRANTING CONLEY'S MOTION FOR PERMISSIVE INTERVENTION AND TO
MODIFY PROTECTIVE ORDER
Case No. C 04-00574 CW (EMC)

382219.01