1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
4 | CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
5 | Fox Plaza
1390 Market Street, 6th Floor
6 | San Francisco, California 94102-5408
Telephone:     (415) 554-3800
7 | Facsimile:      (415) 554-3837

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
9 | AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN TENNISON, | Case No. C 04-0574 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH, | |
| Defendants. | |

*Tennison v. CCSF, et al.*
Case No. C04-0574

1

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00029971.DOC

**RECITAL**

This Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m.  The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of summary judgment motions to certain defendants] by October 6, 2006, the parties can stipulate to continue the Case Management Conference."  Document 503 at 2.

On October 2, 2006, this Court ordered that the Case Management Conference be continued until June 8, 2007, at 1:30 p.m.  Document 506.

On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case Management Conference for June 12, 2007, at 2:00 p.m.  Document 532.

No decision has yet been made by the Ninth Circuit.  The Ninth Circuit will hear oral argument in this case on June 12, 2007 at 9:00 a.m.

The parties therefore request that this Court continue the June 12, 2007 further Case Management Conference to August 7, 2007, at 2:00 p.m..  Should the Ninth Circuit dispose of the appeal before that date, the parties will notify the Court so that the further case management conference may be advanced.

**STIPULATION**

For the foregoing reason, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from June 12, 2007, at 2:00 p.m. to August 7, 2007 at 2:00 p.m.

Dated:  May 31, 2007

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        CHRISTINE VAN AKEN
                        Deputy City Attorney

By:_____/s/_____
      CHRISTINE VAN AKEN
      Attorneys for Defendants
      CCSF AND GEORGE BUTTERWORTH

*Tennison v. CCSF, et al.*
Case No. C04-0574
2
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00029971.DOC

Dated:  May 29, 2007

            JAMES QUADRA, ESQ.
            MOSCONE, EMBLIDGE & QUADRA, LLP

         By:_____/s/_____
            JAMES QUADRA*
            Attorneys for Defendants EARL SANDERS and
            NAPOLEON HENDRIX

Dated:  May 29, 2007

            ELLIOT R. PETERS, ESQ.
            KHARI J. TILLERY, ESQ.
            KEKER & VAN NEST, LLP

         By:_____/s/_____
            KHARI J. TILLERY*
            Attorneys for Plaintiff JOHN TENNISON

Dated:  May 29, 2007

            JOHN HOUSTON SCOTT, ESQ.
            THE SCOTT LAW FIRM

         By:_____/s/_____
            JOHN HOUSTON SCOTT*
            Attorneys for Plaintiff ANTOINE GOFF

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

**<u>ORDER</u>**

  GOOD CAUSE appearing, it is HEREBY ORDERED that the further case management conference in this matter is continued pursuant to the terms of the foregoing stipulation.

  IT IS SO ORDERED.

Dated:  6/1/07

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE