KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

COLEMAN & BALOGH LLP
ETHAN A. BALOGH–#172224
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:     (415) 565-9600
Facsimile:     (415) 565-9601

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH,<br><br>　　　　　　　　　　Defendants. | Case No. C 04-00574 CW<br><br>Consolidated with<br>Case No. C 04-01643 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AS MODIFIED** |

STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

328150.01

**RECITAL**

The Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m. The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of defendants' summary judgment motions] by October 6, 2006, the parties can stipulate to continue the Case Management Conference."

On October 2, 2006, this Court ordered that the Case Management Conference be continued until June 8, 2007, at 1:30 p.m.

On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case Management Conference for June 12, 2007, at 2:00 p.m.

On June 1, 2007, this Court ordered that the Case Management Conference be continued until August 7, 2007.

The Ninth Circuit heard oral argument in this case on July 12, 2007, at 9:00 a.m., but has not yet entered a decision.

The parties agree that it would be a waste of time and judicial resources for the Court to hold a case management conference prior to entry of a decision by the Ninth Circuit.

**STIPULATION**

For the forgoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from August 7, 2007 to a mutually agreed upon date no later than 30 days after entry of the Ninth Circuit's decision in this matter. And within 7 days of entry of the Ninth Circuit's decision, the parties will submit a stipulation and proposed order requesting a specific date for the further case management conference and the submission of case management conference statements.

IT IS SO STIPULATED.

---

1
STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

328150.01

| | | |
|---|---|---|
| 1 | Dated: July 20, 2007 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | KHARI J. TILLERY<br>Attorneys for Plaintiff<br>JOHN TENNISON |
| 5 | | |
| 6 | Dated: _____, 2007 | THE SCOTT LAW FIRM |
| 7 | | |
| 8 | | By: _____ |
| 9 | | JOHN HOUSTON SCOTT<br>Attorneys for Plaintiff<br>ANTOINE GOFF |
| 10 | | |
| 11 | Dated: _____, 2007 | MOSCONE, EMBLIDGE & QUADRA |
| 12 | | |
| 13 | | By: _____ |
| 14 | | JAMES A. QUADRA<br>Attorneys for Defendants<br>PRENTICE EARL SANDERS and<br>NAPOLEON HENDRIX |
| 15 | | |
| 16 | Dated: _____, 2007 | OFFICE OF THE CITY ATTORNEY |
| 17 | | |
| 18 | | By: _____ |
| 19 | | CHRISTINE VAN AKEN<br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO and<br>GEORGE BUTTERWORTH |
| 20 | | |

2

STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

328150.01

**ORDER**

GOOD CAUSE showing, it is hereby ordered that the further case management conference be continued **to December 4, 2007, at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  ___July 30, 2007

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

3
STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

328150.01