DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3800
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>           Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

**RECITAL**

This Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m.  The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of summary judgment motions to certain defendants] by October 6, 2006, the parties can stipulate to continue the Case Management Conference."  Document 503 at 2.

On October 2, 2006, this Court ordered that the Case Management Conference be continued until June 8, 2007, at 1:30 p.m.  Document 506.

On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case Management Conference for June 12, 2007, at 2:00 p.m.  Document 532.

On June 1, 2007, this Court ordered that the Case Management Conference be continued until August 7, 2007.  Document 534.

On July 30, 2007, this Court ordered that the Case Management Conference be continued until December 4, 2007, at 2:00 p.m.  Document 536.

The Ninth Circuit heard oral argument in this case on June 12, 2007 at 9:00 a.m.  The Ninth Circuit has not yet entered a decision in this case.

The parties therefore request that this Court continue the December 4, 2007 further Case Management Conference to February 12, 2008.  Should the Ninth Circuit dispose of the appeal before that date, the parties will notify the Court so that the further case management conference may be advanced.

**STIPULATION**

For the foregoing reason, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from December 4, 2007 at 2:00 p.m. to February 12, 2008 at 2:00 p.m.

1 | Dated: November 13, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
CHRISTINE VAN AKEN
Deputy City Attorney

By: _____/s/_____
CHRISTINE VAN AKEN
Attorneys for Defendants
CCSF AND GEORGE BUTTERWORTH

Dated: November 14, 2007

JAMES QUADRA, ESQ.
MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/s/_____
JAMES QUADRA*
Attorneys for Defendants EARL SANDERS and NAPOLEON HENDRIX

Dated: November 16, 2007

ELLIOT R. PETERS, ESQ.
KHARI J. TILLERY, ESQ.
KEKER & VAN NEST, LLP

By: _____/s/_____
KHARI J. TILLERY*
Attorneys for Plaintiff JOHN TENNISON

Dated: November 19, 2007

JOHN HOUSTON SCOTT, ESQ.
THE SCOTT LAW FIRM

By: _____/s/_____
JOHN HOUSTON SCOTT*
Attorneys for Plaintiff ANTOINE GOFF

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

*Tennison v. CCSF, et al.*
Case No. C04-0574

3

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00450810.DOC

**ORDER**

GOOD CAUSE appearing, it is HEREBY ORDERED that the further case management conference in this matter is continued pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: 11/28/07

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE