1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
4 | CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
5 | Fox Plaza
1390 Market Street, 6th Floor
6 | San Francisco, California 94102-5408
Telephone: (415) 554-3800
7 | Facsimile: (415) 554-3837

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
9 | AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>　　　　Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

*Tennison v. CCSF, et al.*
Case No. C04-0574

1

**RECITAL**

This Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m. The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of summary judgment motions to certain defendants] by October 6, 2006, the parties can stipulate to continue the Case Management Conference." Document 503 at 2.

On October 2, 2006, this Court ordered that the Case Management Conference be continued until June 8, 2007, at 1:30 p.m. Document 506.

On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case Management Conference for June 12, 2007, at 2:00 p.m. Document 532.

On June 1, 2007, this Court ordered that the Case Management Conference be continued until August 7, 2007. Document 534.

The Ninth Circuit heard oral argument in this case on June 12, 2007 at 9:00 a.m.

On July 30, 2007, this Court ordered that the Case Management Conference be continued until December 4, 2007, at 2:00 p.m. Document 536.

On November 28, 2007, this Court ordered that the Case Management Conference be continued until February 12, 2008, at 2:00 p.m. Document 539.

On February 4, 2008, this Court ordered that the Case Management Conference be continued until March 25, 2008, at 2:00 p.m. Document 541.

The Ninth Circuit has not yet entered a decision in this case.

The parties therefore request that this Court continue the March 25, 2008 Further Case Management Conference to June 10, 2008 at 2:00 p.m. Should the Ninth Circuit dispose of the appeal before that date, the parties will notify the Court so that the further case management conference may be advanced.

///

///

///

| | |
|---|---|
| 1 | **<u>STIPULATION</u>** |
| 2 | For the foregoing reason, the parties, through their undersigned counsel, stipulate and |
| 3 | agree to entry of an order continuing the further case management conference from March 25, |
| 4 | 2008 at 2:00 p.m. to June 10, 2008 at 2:00 p.m. |
| 5 | Dated: March 11, 2008 |

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
CHRISTINE VAN AKEN
Deputy City Attorneys

By: _____/s/_____
CHRISTINE VAN AKEN
Attorneys for Defendants
CCSF AND GEORGE BUTTERWORTH

Dated: March ___, 2008

JAMES QUADRA, ESQ.
MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/s/*_____
JAMES QUADRA
Attorneys for Defendants EARL SANDERS and
NAPOLEON HENDRIX

Dated: March ___, 2008

ELLIOT R. PETERS, ESQ.
KHARI J. TILLERY, ESQ.
KEKER & VAN NEST, LLP

By: _____/s/*_____
KHARI J. TILLERY
Attorneys for Plaintiff JOHN TENNISON

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

*Tennison v. CCSF, et al.*
Case No. C04-0574
3
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00471360.DOC

| | |
|---|---|
| 1 | Dated: March ___, 2008 |
| 2 | JOHN HOUSTON SCOTT, ESQ. |
| 3 | THE SCOTT LAW FIRM |

By: _____/s/*_____
    JOHN HOUSTON SCOTT
    Attorneys for Plaintiff ANTOINE GOFF

### **ORDER**

GOOD CAUSE appearing, it is HEREBY ORDERED that the further case management conference in this matter is continued pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED. THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JUNE 10, 2008, @ 2;00 P.M.

Dated: 3/14/08

_[signature]_
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1 | *The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Tennison v. CCSF, et al.*
Case No. C04-0574

5