DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SCOTT D. WIENER, State Bar #189266
SHERRI SOKELAND KAISER, State Bar #197986
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3800
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND GEORGE BUTTERWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH,<br><br>                Defendants. | Case No. C 04-0574 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AS MODIFIED** |

# RECITAL

This Court's Case Management Order of April 6, 2006, set a further case management conference in this matter for October 6, 2006, at 1:30 p.m.  The Order noted, "If no decision is made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of summary judgment motions to certain defendants] by October 6, 2006, the parties can stipulate to continue the Case Management Conference."  Document 503 at 2.

On October 2, 2006, this Court ordered that the Case Management Conference be continued until June 8, 2007, at 1:30 p.m.  Document 506.

On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case Management Conference for June 12, 2007, at 2:00 p.m.  Document 532.

On June 1, 2007, this Court ordered that the Case Management Conference be continued until August 7, 2007.  Document 534.

The Ninth Circuit heard oral argument in this case on June 12, 2007 at 9:00 a.m.

On July 30, 2007, this Court ordered that the Case Management Conference be continued until December 4, 2007, at 2:00 p.m.  Document 536.

On November 28, 2007, this Court ordered that the Case Management Conference be continued until February 12, 2008, at 2:00 p.m.  Document 539.

On February 4, 2008, this Court ordered that the Case Management Conference be continued until March 25, 2008, at 2:00 p.m.  Document 541.

On March 14 2008, this Court ordered that the Case Management Conference be continued until June 10, 2008, at 2:00 p.m.  Document 543.

The Ninth Circuit has not yet entered a decision in this case and recently vacated submission of the case pending a decision by the United States Supreme Court in *Van de Kamp v. Goldstein*, No. 07-854, 2008 WL 1699467 (U.S. Apr. 14, 2008),a case in which the Supreme Court recently granted certiorari.

The parties therefore request that this Court continue the June 10, 2008 Further Case Management Conference to September 9, 2006 at 2:00 p.m.  Should the Ninth Circuit dispose of

1  the appeal before that date, the parties will notify the Court so that the further case management
2  conference may be advanced.

3  **STIPULATION**

4  For the foregoing reason, the parties, through their undersigned counsel, stipulate and
5  agree to entry of an order continuing the further case management conference from June 10,
6  2008 at 2:00 p.m. to September 9, 2008 at 2:00 p.m.

7  Dated:  May 30, 2008

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              SCOTT D. WIENER
                              CHRISTINE VAN AKEN
                              SHERRI SOKELAND KAISER
                              Deputy City Attorneys


                        By:            /s/
                              SCOTT D. WIENER
                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO
                              AND GEORGE BUTTERWORTH
```

Dated:  May 30, 2008

```
                              JAMES QUADRA, ESQ.
                              MOSCONE, EMBLIDGE & QUADRA, LLP


                        By:           /s/*
                              JAMES QUADRA
                              Attorneys for Defendants EARL SANDERS and
                              NAPOLEON HENDRIX
```

Dated:  May 30, 2008

```
                              ELLIOT R. PETERS, ESQ.
                              KHARI J. TILLERY, ESQ.
                              KEKER & VAN NEST, LLP


                        By:           /s/*
                              DANIEL PURCELL
                              Attorneys for Plaintiff JOHN TENNISON
```

1 | Dated: June 1, 2008

JOHN HOUSTON SCOTT, ESQ.
THE SCOTT LAW FIRM

By: _____/s/*_____
JOHN HOUSTON SCOTT
Attorneys for Plaintiff ANTOINE GOFF

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

### ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that the further case management conference in this matter is continued pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED, ==EXCEPT THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON SEPTEMBER 16, 2008, AT 2:00 P.M.==

Dated: 6/9/08

_____[signature: Claudia Wilken]_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE