KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

COLEMAN & BALOGH LLP
ETHAN A. BALOGH – #172224
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:    (415) 565-9600
Facsimile:      (415) 565-9601

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>         Plaintiff,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; and NAPOLEON HENDRIX,<br><br>         Defendants. | Case No. C 04-00574 CW<br><br>Consolidated with<br>Case No. C 04-01643 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

427699.01

1 **RECITAL**

2   The Court's Case Management Order of April 6, 2006, set a further case management
3 conference in this matter for October 6, 2006, at 1:30 p.m.  The Order noted, "If no decision is
4 made by the Ninth Circuit [regarding pending appeals of this Court's partial denial of
5 defendants' summary judgment motions] by October 6, 2006, the parties can stipulate to
6 continue the Case Management Conference."

7   On October 2, 2006, this Court ordered that the Case Management Conference be
8 continued until June 8, 2007.

9   On May 14, 2007, this Court issued a Clerk's Notice, which rescheduled the Case
10 Management Conference for June 12, 2007.

11   On June 1, 2007, this Court ordered that the Case Management Conference be continued
12 until August 7, 2007.

13   The Ninth Circuit heard oral argument in this case on July 12, 2007, at 9:00 a.m..

14   On July 30, 2007, this Court ordered that the Case Management Conference be continued
15 until December 4, 2007.

16   On November 28, 2007, this Court ordered that the Case Management Conference be
17 continued until February 12, 2008.

18   On February 4, 2008, this Court ordered that the Case Management Conference be
19 continued until March 25, 2008.

20   On March 14, 2008, this Court ordered that the Case Management Conference be
21 continued until June 10, 2008.

22   On May 21, 2008, the Ninth Circuit vacated the submission of the appeals pending the
23 United States Supreme Court's decision in *Van de Kamp v. Goldstein,* No. 07-854, 2008 WL
24 1699467 (U.S. Apr. 14, 2008).

25   On June 9, 2008, this Court ordered that the Case Management Conference be continued
26 until September 9, 2008.

27 ///

28

1
STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

427699.01

1   On September 11, 2008, this Court ordered that the Case Management Conference be continued until October 21, 2008.

On September 22, 2008, pursuant to a request by plaintiff Antoine Goff, the Ninth Circuit ordered defendant George Butterworth's appeal dismissed, remanded Goff's claims against Butterworth to this Court for the limited purpose of entering judgment against Goff and in favor of Butterworth, and ordered the remaining appeals resubmitted.

As of today, the Ninth Circuit has not yet ruled on the pending appeals.

The parties agree that it would be a waste of time and judicial resources for the Court to hold a case management conference prior to entry of a decision by the Ninth Circuit.

## **STIPULATION**

For the forgoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from October 21, 2008 at 2:00 p.m. to December 16, 2008 at 2:00 p.m..  Should the Ninth Circuit dispose of the pending appeals before that date, the parties will notify the Court so that the date of the further Case Management Conference may be advanced.

IT IS SO STIPULATED.

Dated:  October 14, 2008                KEKER & VAN NEST, LLP


By:  /s/ Daniel Purcell_____
     DANIEL PURCELL
     Attorneys for Plaintiff
     JOHN TENNISON


Dated: October 14, 2008                 THE SCOTT LAW FIRM


By:  /s/ John Houston Scott _____
     JOHN HOUSTON SCOTT
     Attorneys for Plaintiff
     ANTOINE GOFF

Dated: October 14, 2008           MOSCONE, EMBLIDGE & QUADRA


                                  By: /s/ James A. Quadra
                                      JAMES A. QUADRA
                                      Attorneys for Defendants
                                      PRENTICE EARL SANDERS and
                                      NAPOLEON HENDRIX

Dated: October 14, 2008           OFFICE OF THE CITY ATTORNEY


                                  By: /s/ Christine Van Aken
                                      CHRISTINE VAN AKEN
                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO and
                                      GEORGE BUTTERWORTH


## **FILER'S ATTESTATION**

I, Daniel Purcell, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.


                                  By: /s/ Daniel Purcell
                                      DANIEL PURCELL

3
STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

427699.01

## ORDER

GOOD CAUSE showing, it is hereby ordered that the further case management conference be continued pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: _____10/15_____, 2008



THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

4
STIPULATION AND PROPOSED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04-00574 CW
Consolidated with
Case No. C 04-01643 CW

427699.01