KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

COLEMAN & BALOGH LLP
ETHAN A. BALOGH–#172224
255 Kansas Street, Suite 340
San Francisco, CA  94103
Telephone:     (415) 565-9600
Facsimile:      (415) 565-9601

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO; SAN FRANCISCO<br>POLICE DEPARTMENT; PRENTICE EARL<br>SANDERS; NAPOLEON HENDRIX, and<br>GEORGE BUTTERWORTH<br><br>                    Defendants. | Case No. C 04-00574 CW<br><br>Consolidated with<br>Case No. C 04-01643 CW<br><br>**STIPULATION AND JUDGMENT FOR GEORGE BUTTERWORTH AND AGAINST JOHN TENNISON** |

**RECITAL**

On February 2, 2006, this Court granted in part Defendant George Butterworth's motion for summary judgment, dismissing Plaintiff John Tennison's claims against Butterworth and holding that "[t]he only remaining claim against Butterworth is Goff's Brady claim for suppression of the Ricard confession." Docket 482 at 93-94; *see also* Docket 496 (Amended Order re summary judgment) at 92.

Tennison did not pursue an interlocutory appeal of this Court's ruling on summary judgment.

Defendants Butterworth, Hendrix, and Sanders did appeal this Court's ruling on summary judgment. Specifically, Butterworth appealed this Court's ruling permitting "Goff's Brady claim for suppression of the Ricard confession" to go forward. *See* Docket 485 (Butterworth Notice of Appeal) and 490 (Hendrix and Sanders Notice of Appeal).

The Ninth Circuit heard oral argument in this case on July 12, 2007, at 9:00 a.m.

On September 22, 2008, pursuant to a request by Plaintiff Antoine Goff, the Ninth Circuit ordered Butterworth's appeal dismissed, remanded Goff's claims against Butterworth to this Court for the limited purpose of entering judgment against Goff and in favor of Butterworth, and ordered the remaining appeals resubmitted.

On September 22, 2008, this Court entered judgment against Goff and in favor of Butterworth. Docket 550.

It appears that the Court has not yet entered judgment in favor of Butterworth as to Tennison's claims that were dismissed on February 2, 2006 by this Court's Order regarding summary judgment.

Tennison and Butterworth agree that it is appropriate and proper for judgment against Tennison and in favor of Butterworth to be entered.

**STIPULATION**

For the forgoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of judgment against Plaintiff John Tennison and for Defendant George

1  Butterworth;

2      The parties further agree that each party shall bear its own costs associated with this

3  action.

4      IT IS SO STIPULATED.

5  Dated:  October 16, 2008              KEKER & VAN NEST, LLP

6

7                                By: */s/ Steven P. Ragland*
                                    STEVEN P. RAGLAND

8                                      Attorneys for Plaintiff
                                    JOHN TENNISON

9

10  Dated: October 16, 2008              OFFICE OF THE CITY ATTORNEY

11

12                                By: */s/ Christine Van Aken*
                                    CHRISTINE VAN AKEN

13                                      Attorneys for Defendant
                                    GEORGE BUTTERWORTH

14

15

16

17  **FILER'S ATTESTATION**

18      I, Steven P. Ragland, the filer of this document, hereby attest that concurrence in the

19  filing of this document has been obtained from each signatory hereto.

20

21                                By: */s/ Steven P. Ragland*
                                    STEVEN P. RAGLAND

22

23

24

25

26

27

28

**JUDGMENT**

GOOD CAUSE showing, it is hereby ordered and adjudged that Judgment is hereby entered in favor of George Butterworth and against John Tennison on Tennison's entire claim against Butterworth and that each party shall bear his own costs of action.

IT IS SO ORDERED.

Dated: 10/21 , 2008

*[signature: Claudia Wilken]*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE