KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
epeters@kvn.com
dpurcell@kvn.com
sragland@kvn.com

ETHAN A. BALOGH - #172224
Coleman & Balogh LLP
225 Bush Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 439-8347
Facsimile:  (415) 373-3901
eab@colemanbalogh.com

Attorneys for Plaintiff
JOHN TENNISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON, | Case No. C 04-00574 CW |
| Plaintiff, | Consolidated with Case No. C 04-01643 CW |
| v. | **STIPULATION AND ORDER JOINTLY REQUESTING REFERRAL OF MATTER FOR MEDIATION BEFORE THE HONORABLE JOSEPH C. SPERO** |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; NAPOLEON HENDRIX; and GEORGE BUTTERWORTH, | |
| Defendants. | Judge:      Hon. Claudia Wilken Crtrm:     2 |

STIPULATION AND [PROPOSED] ORDER JOINTLY REQUESTING REFERRAL OF MATTER FOR
MEDIATION BEFORE THE HONORABLE JOSEPH C. SPERO
Case No. C 04-00574 CW Consolidated with
Case No. C 04-01643 CW

433553.01

1    WHEREAS, Plaintiffs John J. Tennison and Antoine Goff and Defendants City and

2    County of San Francisco, Prentice Sanders and Napoleon Hendrix (jointly hereafter, "the

3    Parties") seek to mediate this dispute,

4    WHEREAS, some of these Parties discussed prior to the Court's December 16, 2008

5    mediating this dispute with a private mediator,

6    WHEREAS, subsequent to that December 16 hearing, all of the parties considered the

7    question of mediation and determined that mediating this matter through the Court's process is

8    preferable,

9    WHEREAS, the Parties seek to mediate this dispute with the assistance of Magistrate

10   Judge Joseph C. Spero, and

11   WHEREAS, pursuant to the joint request of the parties, Magistrate Judge Spero has

12   reserved February 5, 2009 for the mediation of this dispute, subject to this Court's determination

13   on the question of referring this mediation to his Honor,

14   IT IS HEREBY STIPULATED, AGREED, AND REQUESTED that the Court refer this

15   matter for mediation before the Honorable Joseph C. Spero, United States Magistrate Judge.

16
     Dated:  January 6, 2009                KEKER & VAN NEST, LLP
17
                                            COLEMAN & BALOGH LLP
18

19
                                    By:  /s/ Steven P. Ragland_____
20                                       STEVEN P. RAGLAND
                                         Attorneys for Plaintiff
21                                       JOHN TENNISON

22   Dated: January 6, 2009                 MOSCONE, EMBLIDGE & QUADRA

23

24                                  By:  /s/ James A. Quadra_____
                                         JAMES A. QUADRA
25                                       Attorneys for Defendants
                                         PRENTICE EARL SANDERS and
26                                       NAPOLEON HENDRIX

27

28
                                            1
     STIPULATION AND [PROPOSED] ORDER JOINTLY REQUESTING REFERRAL OF MATTER FOR
              MEDIATION BEFORE THE HONORABLE JOSEPH C. SPERO
                 Case No. C 04-00574 CW Consolidated with
                          Case No. C 04-01643 CW

433553.01

1 | Dated: January ___, 2009                    THE SCOTT LAW FIRM

2

3 | By:  */s/ John Houston Scott*_____

4 | JOHN HOUSTON SCOTT
Attorneys for Plaintiff
ANTOINE GOFF

5 | Dated: January ___, 2009                    OFFICE OF THE CITY ATTORNEY

6

7 | By:  */s/ Scott Wiener*_____

8 | SCOTT WIENER
Attorneys for Defendants

9 | CITY AND COUNTY OF SAN FRANCISCO and
GEORGE BUTTERWORTH

10

11

12 | **ORDER**

13 | Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that this

14 | matter is referred for mediation before the Honorable Joseph C. Spero, United States Magistrate

15 | Judge.

16 | Dated: January 7, 2009

17

18 | _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER JOINTLY REQUESTING REFERRAL OF MATTER FOR
MEDIATION BEFORE THE HONORABLE JOSEPH C. SPERO
Case No. C 04-00574 CW Consolidated with
Case No. C 04-01643 CW

433553.01