CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA  
City Attorney

SCOTT D. WIENER  
Deputy City Attorney

DIRECT DIAL: (415) 554-4283

January 16, 2009

**<u>Via Electronic Filing</u>**

Honorable Magistrate Judge Joseph C. Spero  
United State District Court  
Northern District of California  
450 Golden Gate Avenue  
Courtroom A , 15th Floor  
San Francisco, CA 94102

   Re: Tennison v. City and County of San Francisco, et al.  
     US District Court Case No. C04-00574 CW (JCS)

Dear Judge Spero:

  We represent the City and County of San Francisco in the above matter.  We are scheduled for an all-day settlement conference with Your Honor on February 5.  The Court's settlement conference order requires that statements be filed two weeks in advance of the conference.  We request that this deadline be shortened to one week in advance.  We believe that this additional time will allow us to file more thorough and effective statements and will not impact the ability of the Court and the parties to have an effective settlement conference.  Counsel for Sanders and Hendrix (Mr. Quadra) and counsel for Tennison (Mr. Balogh) do not oppose this request.  I have not heard back from counsel for Goff (Mr. Scott), but I believe that he also does not oppose the request.

  Thank you.

                   Very truly yours,

                   DENNIS J. HERRERA  
                   City Attorney

                     -/s/-  *Scott D. Wiener*

                   SCOTT D. WIENER  
                   Deputy City Attorney

  IT IS HEREBY ORDERED that the above request is GRANTED.  The confidential settlement conference statement for Defedant CCSF shall be due by January 29, 2009.

Dated:  Jan. 20, 2009

*[Signature: Judge Joseph C. Spero]*