IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants.<br>_____/ | No. C 04-00574 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXPERT AND PUNITIVE DAMAGES DISCOVERY CUTOFF DATE |

    Notice is hereby given that the Case Management Conference, previously set for May 21, 2009, is continued to **July 14, 2009, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The expert and punitive damages discovery cutoff date is continued to July 29, 2009.

    IT IS SO ORDERED.

Dated:  5/20/09

                                            _____
                                            CLAUDIA WILKEN
                                            U.S. District Judge