1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SCOTT D. WIENER, State Bar #189266
   CHRISTINE VAN AKEN, State Bar #241755
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3800
   Facsimile:     (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO
   AND GEORGE BUTTERWORTH
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| JOHN TENNISON, | Case No. C 04-0574 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING TRIAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, EARL SANDERS, NAPOLEON HENDRIX AND GEORGE BUTTERWORTH, | |
| Defendants. | |

1　　The parties, through counsel, hereby stipulate and request that the Court continue the trial
2　of this matter to November 30, 2009, and the pretrial conference to November 17, 2009, at 2
3　p.m. The parties further stipulate and request that the period for expert discovery and punitive
4　damages discovery be continued to October 1 through October 30, 2009.

6　Dated:  June 24, 2009

　　　　　　　　　　　　　　　　　　　　DENNIS J. HERRERA
　　　　　　　　　　　　　　　　　　　　City Attorney
　　　　　　　　　　　　　　　　　　　　JOANNE HOEPER
　　　　　　　　　　　　　　　　　　　　Chief Trial Deputy
　　　　　　　　　　　　　　　　　　　　SCOTT D. WIENER
　　　　　　　　　　　　　　　　　　　　CHRISTINE VAN AKEN
　　　　　　　　　　　　　　　　　　　　Deputy City Attorneys


　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　SCOTT D. WIENER
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　CITY AND COUNTY OF SAN FRANCISCO

Dated:  June 24, 2009

　　　　　　　　　　　　　　　　　　　　JAMES QUADRA, ESQ.
　　　　　　　　　　　　　　　　　　　　MOSCONE, EMBLIDGE & QUADRA, LLP


　　　　　　　　　　　　　　　　By:_____/s/*_____
　　　　　　　　　　　　　　　　　　JAMES QUADRA
　　　　　　　　　　　　　　　　　　Attorneys for Defendants EARL SANDERS and
　　　　　　　　　　　　　　　　　　NAPOLEON HENDRIX

Dated:  June 24, 2009

　　　　　　　　　　　　　　　　　　　　ELLIOT R. PETERS, ESQ.
　　　　　　　　　　　　　　　　　　　　DANIEL PURCELL, ESQ.
　　　　　　　　　　　　　　　　　　　　KEKER & VAN NEST, LLP


　　　　　　　　　　　　　　　　By:_____/s/*_____
　　　　　　　　　　　　　　　　　　DANIEL PURCELL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff JOHN TENNISON

Dated:  June 24, 2009

          RANDOLPH DAAR, ESQ.

        By:_____/s/*_____
          RANDOLPH DAAR
          Attorneys for Plaintiff ANTOINE GOFF

*The filer of this document attests that concurrence in the filing of this document has been obtained from the signatories.

### ORDER

  GOOD CAUSE appearing, it is HEREBY ORDERED that pursuant to the foregoing stipulation, the trial of this matter is continued to November 30, 2009, the pretrial conference is continued to November 17, 2009, at 2 p.m., and the period for expert discovery and punitive damages discovery is continued to October 1 through October 30, 2009.

  IT IS SO ORDERED.

*[signature: Claudia Wilken]*

Dated: 6/29/09

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE