JOHN HOUSTON SCOTT   SBN 72578
THE SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone:     (415) 561-9601
Facsimile:      (415) 561-9609

RANDOLPH DAAR SBN 88195
506 Broadway St.
San Francisco, CA 94133
Telephone: (415) 986-5591
Fax: (415) 421-1331

Attorneys for Plaintiff
ANTOINE GOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOFF,<br><br>                              Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS; and NAPOLEON HENDRIX,<br><br>                              Defendants. | Case No. C 04-00574 CW Conslidated w/<br>                    C 04-01643 CW<br><br>**STIPULATED CONSENT JUDGMENT AND ORDER OF DISMISSAL UNDER FRCP 41(a)(2)** |

**STIPULATION**

The undersigned parties, by and through their respective counsel, do hereby stipulate:

WHEREAS, the parties are engaged in litigation in this Court, Case No. Case No. C 04-01643 CW (the "Action");

WHEREAS, the parties have agreed to resolve the Action pursuant to Settlement Agreements and Mutual Releases (the "Agreements"); and

WHEREAS, said Agreements called for the entry of a Consent Judgment and Order of Dismissal upon the terms set forth in the Agreement;

ACCORDINGLY, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED that the Court enter the attached Consent Judgment and Order of Dismissal.

Dated:  September 23, 2009                THE SCOTT LAW FIRM

                                          By: */s/ John Houston Scott*
                                              JOHN HOUSTON SCOTT
                                              Attorneys for Plaintiff
                                              ANTOINE GOFF

Dated: September 23, 2009                 OFFICE OF THE CITY ATTORNEY

                                          By: */s/ Joanne Hoeper*
                                              JOANNE HOEPER
                                              Attorneys for Defendant
                                              CITY AND COUNTY OF SAN FRANCISCO

Dated: September 23, 2009                 MOSCONE, EMBLIDGE & QUADRA, LLP

                                          By: */s/ James A. Quadra*
                                              JAMES A. QUADRA
                                              Attorneys for Defendants
                                              PRENTICE EARL SANDERS and NAPOLEON
                                              HENDRIX

**CONSENT JUDGMENT AND ORDER OF DISMISSAL**

The Court enters this Consent Judgment and Order of Dismissal, based on the stipulation of the parties, plaintiff Antoine Goff ("Goff"), on the one hand, and defendants City and County of San Francisco, and Prentice Earl Sanders and Napoleon Hendrix (collectively "Defendants"), on the other hand, in light of the following:

WHEREAS, Goff and Defendants are engaged in litigation in this Court, Case No. C 04-01643 CW (the "Action");

WHEREAS, Goff and Defendants have agreed resolve the Action pursuant to Settlement Agreements and Mutual Releases (the "Agreements"); and

WHEREAS, said Agreements called for the entry of this Consent Judgment and Order of Dismissal upon the terms set forth in the Agreement;

ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

1. Goff's claims, as set forth in his Amended Complaint filed September 3, 2009, are dismissed with prejudice;

2. The dismissal set forth in paragraph 1 of this Judgment is made pursuant to Federal Rule of Civil Procedure 41(a)(2) and is conditioned on the parties' compliance with the terms of the Agreement, which terms are incorporated herein and are made part of this Judgment;

3. The Court retains jurisdiction to enforce this Judgment and the incorporated Agreement; and

4. Other than as provided in the Agreements, each party is to bear its own costs and fees to date.

IT IS SO ORDERED.

Dated:  September __25_, 2009

_____
THE HONORABLE CLAUDIA WILKIN
United States District Judge

3
STIPULATED CONSENT JUDGMENT AND ORDER OF DISMISSAL UNDER FRCP 41(a)(2)