1  KEKER & VAN NEST LLP
   DANIEL PURCELL- #191424
2  dpurcell@kvn.com
   ERIC H. MacMICHAEL- #231697
3  emacmichael@kvn.com
   REBEKAH L. PUNAK- #248588
4  rpunank@kvn.com
   633 Battery Street
5  San Francisco, CA  94111-1809
   Telephone:  (415) 391-5400
6  Facsimile:  (415) 397-7188

7  Attorneys for Third Party
   CARAMAD CONLEY
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 JOHN TENNISON,                          | Case No. C 04-00574 CW

14                        Plaintiff,       | Consolidated with
                                           | Case No. C 04-01643 CW
15      v.
                                           | **ORDER ON ADMINISTRATIVE MOTION TO**
16 CITY AND COUNTY OF SAN                  | **CONSIDER WHETHER CASES SHOULD**
   FRANCISCO, SAN FRANCISCO POLICE         | **BE RELATED**
17 DEPARTMENT; PRENTICE EARL
   SANDERS, and NAPOLEON HENDRIX,

18                        Defendants.

19  ─────────────────────────────────

20 CARAMAD CONLEY,                         | Case No. C 12-00454-JCS

21                        Plaintiff,

22

23      v.

24
   CITY AND COUNTY OF SAN
25 FRANCISCO; PRENTICE EARL SANDERS,

26                        Defendants,

27

28

1    Third Party Caramad Conley ("Conley") has filed a motion to consider whether the
2  action entitled *Conley v. City and County of San Francisco,* 3:12-cv-00454-JCS, currently
3  pending before the Honorable Magistrate Judge Joseph Spero in this District, should be related to
4  the action formerly before this Court, entitled *Tennison v. City and County of San Francisco,*
5  4:04-cv-574-CW.  Having carefully considered the papers on this motion, the Court declines to
6  relate the cases.

8    IT IS SO ORDERED.

11   Dated:  3/19/2012

12                                      _____
                                          HONORABLE CLAUDIA WILKEN
13                                        Judge of the United States District Court