1  KEKER & VAN NEST LLP
   DANIEL PURCELL- #191424
2  dpurcell@kvn.com
   ERIC H. MacMICHAEL- #231697
3  emacmichael@kvn.com
   REBEKAH L. PUNAK- #248588
4  rpunank@kvn.com
   633 Battery Street
5  San Francisco, CA  94111-1809
   Telephone:  (415) 391-5400
6  Facsimile:  (415) 397-7188

7  Attorneys for Third Party
   CARAMAD CONLEY
8

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12

13  JOHN TENNISON,                         Case No. C 04-00574 CW

14                      Plaintiff,         Consolidated with
                                           Case No. C 04-01643 CW
15        v.
                                           **ORDER ON ADMINISTRATIVE MOTION TO**
16  CITY AND COUNTY OF SAN
    FRANCISCO, SAN FRANCISCO POLICE        **CONSIDER WHETHER CASES SHOULD**
17  DEPARTMENT; PRENTICE EARL              **BE RELATED**
    SANDERS, and NAPOLEON HENDRIX,

18                      Defendants.

19  _____

20  CARAMAD CONLEY,                        Case No. C 12-00454-JCS

21                      Plaintiff,

22

23        v.

24
    CITY AND COUNTY OF SAN
25  FRANCISCO; PRENTICE EARL SANDERS,

26                      Defendants,

27

28

1   Third Party Caramad Conley ("Conley") has filed a motion to consider whether the
2   action entitled *Conley v. City and County of San Francisco,* 3:12-cv-00454-JCS, currently
3   pending before the Honorable Magistrate Judge Joseph Spero in this District, should be related to
4   the action formerly before this Court, entitled *Tennison v. City and County of San Francisco,*
5   4:04-cv-574-CW.  Having carefully considered the papers on this motion, the Court declines to
6   relate the cases.

8   IT IS SO ORDERED.

11  Dated:  3/19/2012

    HONORABLE CLAUDIA WILKEN
    Judge of the United States District Court